Charles W. Brady, D-46786
(Name) CSP-LAC, A4-#126
44750 60th Street West
(Address)
Lancaster, CA 93536
(City, State, Zip)
D-46786
(CDC Inmate No.)

2254    1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ___  Pro Se

FILED
2008 MAY 30  PM 4:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# United States District Court
## Southern District of California

CHARLES W. BRADY ,

(Enter full name of plaintiff in this action.)

               Plaintiff,

v.

J. VALENZUELA, Sgt. ,
T. MANNING, Sgt. ,
R. LAM, Sgt. ,
A. RODRIGUEZ, Officer ,
S. VILLALOBOS, Nurse , et al.,

(Enter full name of each defendant in this action.)

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0973 JAH BLM
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Charles W. Brady

_____, who presently resides at 44750 60th Street West,
(print Plaintiff's name)
(mailing address or place of confinement)

Lancaster, CA 93536 _____, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Centinela

State Prison Imperial, CA 92251 on (dates) 11-28-2007 , 11-28-2007, and _____
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 2/05)



2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __J. VALENZUELA__ resides in __San Diego County__,
(name)                                                                        (County of residence)
and is employed as a __Correctional Sergeant__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __In reprisal to Plaintiffs freedom of speach of Sgt's Over-Familiarity__
__Of Nurse at Clinic, Sgt. confronts Plaintiff then has subordinates assault Plaintiff__
__While handcuffed & does not write excessive force or injuries in Report thats false.__

Defendant __T. MANNING__ resides in __San Diego County__,
(name)                                                                        (County of residence)
and is employed as a __Correctional Sergeant__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __While Plaintiff is handcuffed on ground, not resisting uses pepper spray__
__On Plaintiff & Kicks in jaw & neck, & does not write excessive force or injuries in__
__Report thats False & medical records prove injuries.__

Defendant _____ resides in _____,
(name)                                                                        (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __Slamed Plaintiff on ground by Sgt's Orders & held down Plaintiff handcuffed__
__While another Sgt. Kicked in jaw & neck, & does not write excessive force or injuries in__
__Report thats False & medical records prove injuries.__

Defendant __J. VILLALOBOS__ resides in __San Diego County__,
(name)                                                                        (County of residence)
and is employed as a __Correctional Nurse__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: __Filed out Medical Report to show no injuries & Incident Report does not__
__Write excessive force or injuries thats False, & medical records prove injuries, &__
__Witness all to conspire cover-up.__

Defendant __R. LAM__ resides in __San Diego County__,
(name)                                                                        (Count of Resident)
and is employed as __Correctional Sergeant__, This defendant is sued in
his/her ☒ individual ☒ Official capacity,           Explain how defendant was acting
Under color of law: __Plaintiff made aware of excessive force by staff & as reviewing Supervisor__
__for Segregation placement signs document minimal import & participates in comspiracy__
__to cover consituents by signing Plaintiff resisted preparing False document.__

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated:  Retaliation to free speech to use excessive force causing cruel and unusual punishment.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 11-28-2007, I & 4 inmate's went to medication call & c/o states we "had not" go inside clinic tonight, & were taken to window, & then taken inside clinic. I sat down to Nurse attending, we could not come in for love nest because c/o in here and LVN Nurse rubbing c/o's back, which c/o turns around & its Sgt. Lt. (A)cting VALENZUELA, who yells Brody shut the "F"-up, & I yell back I'm not a kid to tell shut up, I have free speech, Sgt. comes to my face yelling, cussing & I respond in similar manner, & Sgt. tells to shut-up, I state in Old days men would talk respectful or go out back to talk & work out problems; Sgt. tells to stand up & I comply & I am escorted to wall by clinic door by a c/o RODRIGUEZ & Sgt who tells me to Kiss the wall, & I state I do not kiss walls. Sgt. tells c/o take him down, & c/o slamed me to ground & holds left hand behind back, & Sgt. MANNING steps on right hand with all his weight, & the c/o pulls right hand to left & handcuffs, & Sgt. MANNING then sprays pepper spray in face, & kicks me in jaw, & kicks again in neck.  After decontamination I request repeatedly to see Watch Commander for I was assaulted & in pain, c/o's tell me Sgt. LAM is aware, which I am placed in segregation, later given disciplinary & found guilty of resisting.

**Count 2:** The following civil right has been violated: __Due Process, access to Court__

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 11-28-2007, Sgt. LAM was aware of staff assaulting me & signs as Supervisor No (X) clothing after striping naked, & staff necessitating use of force O.C. spray, Yet! denies due process of writing the excessive force & injuries to me. Sgt. VALENUELA, Sgt. MANNING, C/o RODRIGUEZ, and Nurse, VILLALOBOS omitted injuries on her Medical Report, & all wrote Incident Reports that were "false" & Violated Due Process by not reporting "excessive force used & injuries." I was found guilty of 115 disciplinary & filed appeal to Appeals Office & 2 weeks later requested Assignment Notice from Appeals Coordinator, to receive 'No' response to Original documents. I was denied access to Courts, & was transferred from Centenila Prison 1-16-2008, to California State Prison Los Angeles County, where I filed two appeals & after not receiving "No" Assignment Notice/Log number, I filed appeal again 3-20-2008, to be screened as DUPLICATE 4-4-2008, yet! almost 2 months later 'No' response, denying court access.

**Count 3**: The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts**:  [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: CHARLES W. BRADY

Defendants: Dr. ATTY GALA, M.D., et al.,

(b) Name of the court and docket number: UNITES STATES CENTERAL DISTRICT, No. CV-01-04549-CAS-SCE

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] dismissed & appealed, not pending,

(d) Issues raised: Denial of medical care

(e) Approximate date case was filed: 5-31-2001

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s): Remove vacate disciplinary from C-File, and ajust point score.

      2. Damages in the sum of $ 2,000,000 jointly .

      3. Punitive damages in the sum of $ 1,000,000 each .

      4. Other: declaratory relief, and cost of suit, Attorney's & expert fees.

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

| ☐ | Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☒ | Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |
|---|---|---|---|---|

May 22, 2008
_____
Date

_Charles W. Brody_
_____
Signature of Plaintiff

Charles W. Brady, D-46786
CSP-LAC, A4-#126
44750 60th Street West
Lancaster, CA 93536

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHARES W. BRADY,

     Plaintiff,

  vs.

J. VALENZUELA, Sgt.,
T. MANNING, Sgt.,
R. LAM, Sgt.,
A. RODRIGUEZ, Officer,
S. VILLALOBOS, LVN,
Centinela State Prison, et al.,

No. _____

Plaintiff Charles W. Bardy alleges:

I. INTRODUCTION

1. This is a complaint challenging the decision, condition, action of of Centinela State Prison Officer, sergeant's, Nurse, who violated the Eighth Amendment by using "Excessive Force" against Plaintiff when at Clinic Plaintiff and other inmate's left outside while Officer and Nurse are alone and Nurse is rubbing S/os Back, who when turns around is Sgt., which Plaintiff comments love nest is why we had to wait, the Sgt. shoots cussing Plaintiff to shut-up, and walks to Plaintiff after Plaintiff responds verbally using same cussing invectives, vituperative, and the

page 1

1  sgt. attempts admonishing loudly to shut-up, which Plaintiff states of
2  free speech, and in Old days men would talk respectful or go out back to
3  talk and work out problem, and sgt. states stand up, I comply and am
4  escorted to Clinic wall by door, and tells Plaintiff to kiss the wall, and
5  Plaintiff I do not kiss walls, and sgt. tells Officer take him down, which Plaintiff
6  is slamed to ground and Officer holds left hand behind back, and sgt. steps on
7  right hand then sprays pepper spay in Plaintiff face, the sgt. "kicks" Plaintiff in
8  jaw, then neck, then handcuffed taken and stripped naked. Both sgt's present,
9  Officer, Nurse, write incident reports misleading and 'No' force used, and
10 reviewing sgt. agrees, and later 115 disciplinary Plaintiff found guilty, Yet!
11 medical records by Doctor show injuries, Plaintiff files appeal at prison and
12 writes for response twice, and receives no response, and Plaintiff is
13 transferred another prison and three times files appeals to be screened/
14 procedually barred. The Defendant's affirmative acts, and participating in
15 another's affirmative acts and omitting to perform acts they Defendant's were
16 legally required to do cause the deprivation and pain Plaintiff still suffers from,
17 by Defendant's violation of California Code of Regulations, Title 15, #3268(a)(3)
18 Exessive use of Force" and # 3268(a)(1),(2) Reporting and Investigating use
19 of Force," supervisor's shall report. 'Geen Wall Cover Up' violating 8th Amendment
20          II.   JURISDICTION
21   2. This Court has jurisdiction pursuant 42 U.S.C. §1983, and
22 1343 and 1331, with pendent jurisdiction over all state law issues.
23          III.   PARTIES
24   3. Plaintiff Brady is prisoner of state incarcerated at California
25 State Prison Los Angeles County, and the events described herein happed
26 at Centinela State Prison Imperial County.
27   4. The Defendant(s) J. VALENZUELA ("VALENZUELA"), T. MANNING
28 (MANNING"), A. RODRIGUEZ ("RODRIGUEZ"), S. VILLALOBOS ("VILLALOBOS"),

1  R. LAM ("LAM"), and each of them participated in assault of Plaintiff

2  or omitted to perform acts legally required for conspiracy to cover

3  Plaintiffs physical detriment, causing on going Eighth Amendent suffering

4  and violation, which Plaintiff was denied all chances to exhaust the

5  administrative remedies required by Prisoners Legislation Reform Act

6  (PLRA) § 1915(e), and by court, therefore denying First Amendment right to

7  petition for redress of grievance, and Due Process of Fourteenth

8  Amendment United states Constitution, & all sued individually and officially.

## STATEMENT OF FACTS

10  5. On November 28, 2007, Plaintiff and four inmate's went to medication

11  call, and Correctional officer (c/o) stated we had not" better go inside Clinic

12  to night, and were taken to window, then c/o takes us inside Clinic, I sat down

13  and stated to Nurse reason we could not come in because a c/o in here and LVN

14  Nurse rubbing c/o's back, which c/o turns around and it's Sergeant,

15  VALENZUELA, who yells Brady shut the 'F' up and Plaintiff yells back I'm not

16  a kid to tell shut up, I have free speech, Sgt. then comes to Plaintiffs face yells

17  and cussing invectives, vituperatives, and Plaintiff responds in similar manner,

18  and told by Sgt. to shut up, Plaintiff states in old days men would talk respectful

19  or go out back to talk and work out problem, Sgt. states stand up, Plaintiff

20  complies and is escorted to clinic wall by door, and Sgt. tells Plaintiff

21  Kiss the wall, Plaintiff states I do not Kiss walls, then Sgt. tells c/o

22  RODRIGUEZ take him down, which Plaintiff is slamed to ground. and c/o holds

23  left hand behind back, Sgt. steps on right hand with all his weight, then

24  c/o pulls right hand to left and handcuffs, Sgt. MANNING who had been on

25  Plaintiffs hand, then sprays OC MK9 pepper spray in Plaintiffs face, then Sgt.

26  MANNING "Kicks" Plaintiff in the jaw, then "Kicks" in the neck,

27  6. On November 28, 2007, Plaintiff after decontamination, Plaintiff

28  keep requesting to see Watch Commander and was told Sgt. R. LAM was

1  was aware and check into assault by Staff Plaintiff spoke of, Yet! Exhibit 1,
2  2, shows Sgt. LAM signs as Supervisor, and participated to turn blind eye
3  to Plaintiffs Eighth Amendment violation, and Sgt. violated Fourteenth Amendment
4  due process by 'not' reporting excessive use of force and injuries.

5      7. On November 27, 2007, Plaintiff is placed in Segregation, Exhibit 3,
6  by Sgt. VALENUELA, who authors Incident Report's Exhibit's 4, 5, 5(a),
7  5(b), 5(c), 5(d), 5(e),6, and write "False Reports" Exhibit's 5 through 5(e) 6,
8  that no "use of force" was used, and no injuries, for Sgt. participated in Eighth
9  Amendment assault, by initiated staff to commence, and Sgt. omitted the
10 excessive use of force, injuries, Violating Title 15, #326.8(a), (4) (2), and #3268(a)(3)
11 Due Process of Fourteenth Amendment.

12     8. On November 27, 2007, Sgt. MANNING, at Exhibit 7, C/O RODRIGUEZ, at
13 Exhibit's 8, 8(a), 9, Nurse, VILLALOBOS, at Exhibit's 10, 4, each Defendant wrote
14 "False Reports" 'no' use of force was used, no injuries, for MANNING, RODRIGUEZ
15 participated in Eighth Amendment assault, and VILLALOBOS omitted in medical
16 Report, Exhibit's 4, and 10, the use of excessive force, injuries, Violating Title
17 15, #326.8(a), (3) #3268.1, (a)(1)(2), Due Process of Fourteenth Amendment.

18     9. On November 29, 2007, through December 7, 2007, Plaintiffs medical records
19 prove Defendant's did injure Plaintiff causing Physical and mental injuries,
20 Showing "False Reports," Exhibit's 11(B), 11(C), 11(D), 11(E), 11(F), Eight
21 Amendment violation to Plaintiff Brady.

22     10. On December 7, 2007, Plaintiff received CDC 115 disciplinary by Sgt.
23 VALENZUELA, #FC-07-11-045, Exhibit 12, for Resisting/Obstructing
24 Officer, Which I was later found guilty, and filed 602 appeal to
25 Appeals Coordinator with all 'Original' appeal, 115 document, and after few
26 weeks 'No' response, Plaintiff wrote Appeals office for Log #number,
27 and received 'No' response, denying Plaintiff any chance to exhaust appeals.

28     11. On January 16, 2008, Plaintiff Brady was transferred from

1  Centinela State prion to CSP-LAC.

2    12. On February 28, 2008, and March 3, 2008, Plaintiff filed 602 appeals

3  to see Doctor for Neck pain' resulting from assault at Centinela State

4  prison, and received 'No' Appeal Assignment Notice pursuant DOM 54100.9.

5    13. On March 20, 2008, Plaintiff again attempted appeal, and requested

6  Log number, Exhibit 13, to be screened Exhibit 14 as DUPLICATE, Yet!

7  no response received or Assignment Notice.

8    14.   EXHAUSTION REQUIREMENT is required by The Courts and

9  PLRA, and U.S. Congress, see Booth v. Churner, 532 U.S. 731, 128 S. ct.

10 1819, L. Ed. 2d (1983), which CDCR own rules for Appeals Coordinator

11 states: (DOM) 54100.8, the decision should not be construed in any

12 manner that would place unreasonable restraints on the inmate/parolee's

13 right to appeal. The U.S. Supreme Court in, Woodford v. Viet Mike Ngo,

14 126 s.ct. 647, 163 L. Ed. 2d 525 (2005) Reversed & Remanded 6-22-2006,

15 stated at CONCLUSIONS, Procedural default is not an inextricable

16 element of PLRA's exhaustion requirement. If it were, prisoners

17 access to Courts would be based on their ability to navigate minefields,

18 not whether their claims had any merit. Moreover prison administrators

19 should not be given incentive to fashion grievance procedures which defeat

20 prisoners meritious claims,    Defendant's cannot now claim Plaintiff

21 Brady did not attemp exhaustion at more than one prison."

22    15.          FIRST CAUSE OF ACTION
                   Retaliation Claim

23

24 Under section 1983, liability may not be imposed on supervisory personnel

25 for the actions of their employees under theory of respondeat superior.

26 When the named defendant holds a supervisorial position, the causal

27 link between the defendant and the claimed constitutional violation

28 must be specifically alleged. See Fayle v. Stapley, 607 F.2d 858, 862

                          page 5

1  (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978) cert. denied,

2  442 U.S. 941, 99 S. Ct. 2883, 61 L.Ed. 2d 311 (1979). To state a claim for relief

3  under section 1983 for supervisory liability, plaintiff must allege some facts

4  indicating that the defendant either: personally participated in the alleged

5  deprivation of constitutional rights; knew of the violations and failed to

6  act to prevent them; or promulgated or "implemented a policy so deficient

7  that the policy "itself is a repudiation of constitutional rights" and is the

8  moving force of the constitutional violation." Hansen v. Black, 885. F.2d 642,

9  646 (9th Cir. 1989); Taylor v. List, 880 F.2d 1040, 1045 (9th Cir. 1989).

10    Defendant VELENZULA was Lieutenant (A)cting/sergeant, and for Plaintiff

11  Brady bringing up his over-familiarity with Nurse initiated alleged

12  constitutional violation, which was done in Retaliation to exposure.

13  16.          SECOND CAUSE OF ACTION

14              Eight Amendment Violation

15  "[W]henever prison officials stand accused of using excessive physical

16  force in violation of the Cruel and Unusual Punishment Clause, the core

17  judical inquiry is . . . Whether force was applied in a good-faith effort

18  to restore discipline, or maliciously and sadistically to cause harm"

19  Hudson v. McMillian, 503 U.S. 1, 6-7, 112 S. ct. 995, 117 L.Ed. 2d 156

20  (1992).    Plaintiff Brady was handcuffed not resisting when sprayed

21  in face, Kicked in jaw, Kicked in neck, which was cruel and

22  Unusal Punishment meeting Eighth Amendment violation.

23  17. Defendant's VALENZUELA, MANNING, LAM, RODRIGUEZ, VILLALOBOS,

24  actions were unlawful, intentional, willful, malicous, and/or done with reckless

25  disregard to rights of Plaintiff Brady, and gives legitimacy to contunial

26  Eighth Amendment pain Plaintiff suffers, and Due Process of Fourteenth

27  Amendment violation of reports, for First Amendment reprisal of freedom of

28  speech all violations of United States Constitution and relief must be granted.

page 6

18. Plaintiff realleges each and every allegation of paragraphs 1. through 17.

## PRAYERS FOR RELIEF

Wherefore, the Court should ORDER disciplinary Vacated and remove from Plaintiffs C-File, and point score ajustment;

A. Grant plaintiff Damages for Liability, Obligation, Detriment, Future Detriment, Emotional stress, Mental Anguish, at individual and official capacities, jointly and severly for Compensation in amount $2,000,000;

B. Grant Plaintiff Punitive Damages in amount "each" Defendant for $1,000,000;

C. For declaratory relief;

D. For an ORDER granting such other injunctive relief as may be appropriate;

E. For reasonably attorney's fees and cost of suit, including expert fees, pursuant 42 U.S.C. §12205, 29 U.S.C. §2617(a)(3), Cal. Civil Code §52(a), 54.3(a), 55 Cal. Code of Civil Procedure §1021.5, and Other laws.

F. For such other and futher relief the Court deems just and appropriate.

Dated; ___May 22, 2008.___          Respectfully requested

                                    _Charles W. Brady_
                                    Charles W. Brady
                                    Plaintiff

## VERIFICATION

I Charles W. Brady, state;

I am the Plaintiff for 1983 Civil Suit. I have read the foregoing complaint and the facts, stated therein are true of my own Knowledge, except as to matters that are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at California State Prison Los Angeles County, Dated; ___May 22, 2008.___

                                    _Charles W. Brady_

Page 7

## PROOF OF SERVICE BY MAIL

### (CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, _Charles W. Brady_, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP/LAC – A 4-#126, P.O. BOX 8457, Lancaster, CA 93539-8457.

On _May 28, 2008_, I delegated to prison officials the task of mailing, via the institution's internal mail system (*Houston v. Lack*, 487 US 266 [101 L.Ed.2d 245; 108 S.Ct. 2379] (1988)), the below entitled legal document(s):

1983 Civil Complaint, Forms, Exhibits

by placing said documents in a properly addressed and sealed envelope, with postage fully pre-paid, in the United States Mail, deposited in the manner provided by CSP/LAC, and addressed as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CLERK OF COURT
880 Front street, Rm. 4290
San Diego, CA 92101-8900

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this _____ day of _May 28_, 200 8 at California State Prison – Los Angeles County.

Exhibit 1

## HOLDING CELL LOG SHEET

DATE: 11/28/07  TIME: 2100  CEN: FCP-07-11-0357 PAGE: 1 OF: 1

INMATE NANME: Brady  CDC #: S-46786  HOLDING CELL #: 1

REASON FOR PLACEMENT: Ad Seg placement

HOLDING CELL SEARCHED BY: Rodriguez, S.
_____     _____
PRINT NAME                                        SIGNATURE

_____     _____
PRINT NAME                                        SIGNATURE

CLOTHING ISSUED?  YES ( )          NO (✓)     N/A ( )

THE INMATES WELFARE WILL BE CHECKED EVERY FIFTEEN MINUTES.  THE INMATE WILL BE ALLOWED ACCESS TO WATER AND TOILETS FACILITIES UPON REQUEST IN KEEPING WITH SECURITY NEEDS.

| | TIME CHECKED | PRINT STAFF NAME | SIGNATURE | COMMENTS |
|---|---|---|---|---|
| 1. | 2100 hrs. | S. Rodriguez | | OK |
| 2. | 2115 hrs. | S. Rodriguez | | OK |
| 3. | 2130 hrs. | S. Rodriguez | | Standing |
| 4. | 2145 hrs. | S. Rodriguez | | OK |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

STAFF RELEASING INMATES FROM HOLDING CELL: S. Rodriguez
_____     _____
PRINT NAME                                        SIGNATURE

_____     _____
PRINT NAME                                        SIGNATURE

TIME RELEASED FROM HOLDING CELL: 2200 hrs.  TOTAL TIME IN CELL: 1 hour

SUPERVISORY REVIEW:
_____     _____     _____
PRINT NAME                                        SIGNATURE                                        TITLE

MANAGER'S APPROVAL IF FOUR HOUR TIME LIMIT IS EXCEEDED:
_____     _____     _____
PRINT NAME                                        SIGNATURE                                        TITLE

REASON FOR EXCEEDING TIME LIMIT: _____

_____

WEEKLY REVIEW OF HOLDING CELL LOG BOOK BY FACILITY CAPTAIN: _____  DATE: _____

## NOTE:  ALL LINES WILL BE COMPLETELY FILLED OUT.  IF NOT APPLICABLE PUT N/A.

EXhibit 2   Exhibit 2

# NOTICE OF UNUSUAL OCCURRENCE

[X] INITIAL REPORT                           [ ] CLOSURE

Date: 11-28-07                    Time: 2025 HOURS

Location: FACILITY 'C'            Report Submitted By: SERGEANT R. LAM

                                  AOD Notified By: WATCH COMMANDER

Subject: USE OF FORCE WITH O.C.

Staff Involved: FACILITY C STAFF

Inmates Involved: (Principles Only):

Name: BRADY          Number: D-46786        Cell Number: C3-139U   Ethnic: BLACK

Name: _____        Number: _____        Cell Number: _____   Ethnic: _____

Name: _____        Number: _____        Cell Number: _____   Ethnic: _____

Name: _____        Number: _____        Cell Number: _____   Ethnic: _____

Synopsis of Events:

On 11-28-07, at approximately 2025 hours, Inmate BRADY became resistive towards Facility 'c'

Staff necessitating the Use Of Force and O.C. Spray.

(Synopsis should be brief and concise. Please limit to fifty (50) words or less when possible)

Action Taken:

Inmate BRADY was subdued with the use of O.C. Spray. I/M BRADY was decontaminated and medically

evaluated before being rehoused in C6-111L Ad/Seg.

Evaluation of Situation:

MINIMAL IMPACT TO PROGRAM.

[X] This N.O.U.O. is closed by this report        [ ] This N.O.U.O. requires follow up closure.

DISTRIBUTION:     Warden                        Associate Warden-Business Services
                  Chief Deputy Warden           Correctional Captain
                  Associate Warden-Central Services   Facility Captains - A.B.C.D
                  Associate Warden-Housing       Watch Office

CENTINELA STATE PRISON

DISTRIBUTION:
WHITE - CENTRAL FILE
BLUE - INMATE (2ND COPY)
GREEN - ASU
CANARY - WARDEN
PINK - HEALTH CARE MGR
GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| BRADY | D-46786 |

## REASON(S) FOR PLACEMENT (PART A)     C3-130

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: On 11-28-07, at approximately 2025 hours, you, Inmate BRADY, D-46786, are being placed in Administrative Segregation due to YOUR RESISTING STAFF RESULTING IN THE USE OF FORCE/O.C. Based upon the aforementioned, your continued presence within the General Population of Facility "C" is deemed a threat to the safety and security of this institution. Additionally, you are being placed in Administrative Segregation pending administrative review for appropriate housing needs. Your privilege group, custody level, credit earning status and visiting privileges are subject to change as a result of this placement, ordered by J. Valenzuela, Facility "C" Lt. (A)

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:   /   /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 11-28-07 | J. Valenzuela | | Lieutenant (A) |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |

[ ] INMATE REFUSED TO SIGN     INMATE SIGNATURE     CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | | | |
|---|---|---|---|---|---|
| LITERATE? | [ ] YES | [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES | [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES | [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES | [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES | [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | | |

Any "NO" requires SA assignment     Any "NO" may require IE assignment

[ ] NOT ASSIGNED     [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE     INMATE SIGNATURE     DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

STATE OF CALIFORNIA             DEPARTMENT OF CORRECTIONS AND REHABILITATION
# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

Exhibit 4    MAY Doe

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| Centinela | J-Clinic | USE OF FORCE   INJURY | | PRE AD/SEG ADMISSION | 11/28/07 |
| | |   UNUSUAL OCCURRENCE | | | |

| | NAME | LAST | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | | Brady | Curtis | D410780 | C5-139 | |

| | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | | | | | | |

| | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|---|
| THIS SECTION FOR VISITOR ONLY | | | | | | |
| | HOME ADDRESS | CITY | | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | |
|---|---|---|---|---|---|---|
| Fac C Clinic | 11/28/07 | | | | | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | | AGE | RACE | SEX |
|---|---|---|---|---|---|---|---|
| 2110 | 2110 | | LITTER   WHEELCHAIR | | | Black | M |
| | | | AMBULATORY   ON SITE | | | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

N/A

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE?   YES / NO |
|---|
| DECONTAMINATED?   YES / NO |
| Self-decontamination instructions given?   YES / NO |
| Refused decontamination?   YES / NO |
| Q 15 min. checks |
| Staff issued exposure packet?   YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| | |

TIME/DISPOSITION
2110 RTC

| REPORT COMPLETED BY/TITLE   (PRINT AND SIGN) | BADGE #   RDO |
|---|---|
| Syliaildien   S.Liendien | |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A - COVER SHEET**
CDCR 837-A (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DV-1.5.3

| | | |
|---|---|---|
| Page 1 of 6 | INCIDENT LOG NUMBER<br>CEN-FCP-07-11-0357 | INCIDENT DATE 11/28/2007 | INCIDENT TIME 20:25 |

| INSTITUTION<br>CEN | FACILITY<br>FCP - FACILITY C | FACILITY LEVEL<br>☐ I ☐ II ☐ RC<br>☐ III ☑ IV | INCIDENT SITE<br>MEDICAL CLINIC | LOCATION<br>MEDICAL CLINIC | PROGRAM<br>GP | AD/SEG YARD<br>N/A | USE OF FORCE:<br>Yes |

| SPECIFIC CRIME / INCIDENT<br>Force or Violence - Resisting and/or Obstructing a Peace Officer, Resulting in Use<br>of Force | ☑ CCR ☐ PC ☐ N/A NUMBER / SUBSECTION<br>3005-c1 Force or Violence | -- |

| D.A. REFERRAL ELIGIBLE<br>☐ Yes ☑ No | CRISIS RESPONSE TEAM ACTIVATED<br>☐ Yes ☑ No | MUTUAL AID<br>☐ Yes ☑ No | PIO/AA NOTIFIED<br>☐ Yes ☑ No |

## RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A<br><br><br>Other Desc: |

| SERIOUS INJURY | INMATE WEAPONS | TYPE OF WEAPON / SHOTS FIRED / FORCE |
|---|---|---|
| ☑ N/A | ☑ N/A | ☐ N/A<br>1. OC - MK-9<br>#Warning: 0 #Effect: 0 #Chemical: 1 |
| **ESCAPES**<br>☑ N/A | | |

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A<br><br><br><br>**EXTRACTION:**<br>☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)
On November 28, 2007 at approximately 2025 hours Inmate BRADY, D46786, resisted staff while being escorted out of the Facility C medical clinic resulting in the use of physical force and OC.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE)<br>J█████ VALENZUELA | TITLE<br>CORRECTIONAL SERGEANT | ID# ███ | BADGE # ███ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | PHONE EXT. INCIDENT SITE | DATE<br>11/28/2007 |
| NAME OF WARDEN / AOD (PRINT/ SIGN)<br>V.M. ALMAGER | TITLE<br>WARDEN | DATE<br>11-29-07 |

# CRIME INCIDENT REPORT
## PART A1 - SUPPLEMENT
CDCR 837-A1 (REV. 10/06)

| | Page 2 of 6 | INCIDENT LOG NUMBER CEN-FCP-07-11-0357 |
|---|---|---|

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CEN | FCP - FACILITY C | 11/28/2007 | 20:25 |

TYPE OF INFORMATION:

☑ SYNOPSIS/SUMMARY OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT

On Wednesday, November 28, 2007, at approximately 2025 hours Inmate BRADY, D46786, was being escorted to the Facility C medical clinic. BRADY entered the medical clinic and saw J. Valenzuela, Lieutenant (A,) inside the clinic and stated in a loud boisterous manner "That's why we can't come into the clinic because Sergeant Valenzuela is with his love nest." Sergeant Valenzuela told BRADY to be quiet and not to be disrespectful. BRADY then yelled out "Fuck you Sergeant Valenzuela, You are a fucken bitch and you can't make me be quiet". Sergeant Valenzuela ordered BRADY to be quiet or he would be escorted out of the Medical clinic. BRADY continued being loud and disrespectful. Officer A. Rodriguez order inmate BRADY to walk out of the Medical Clinic. Brady stood up from the vitals chair and refused to exit the clinic. Officer A. Rodriguez took hold of BRADY'S right arm and Sergeant Valenzuela took hold of his left arm. Brady then started walking out of the clinic. BRADY then stated "You are a bitch and a coward we could settle this the old school way, I'll take you to the back and kick your fucken ass". Once out of the clinic BRADY became resistive. BRADY raised his arms up braking away from the escort and turned to face Officer A. Rodriguez and Sergeant J. Valenzuela. A. Rodriguez order BRADY to get down BRADY refused. A. Rodriguez took hold of BRADY'S left arm and Sergeant Valenzuela took hold of the right arm. Both A. Rodriguez and J. Valenzuela pulled BRADY to the ground and order him to get down and to stop resisting. BRADY placed his arms underneath his chest and refused to place his hands behind his back to be place in handcuff. Sergeant T. Manning responded and sprayed BRADY with OC. BRADY then complied and allowed A. Rodriguez to place him in handcuff. Officer S. Rodriguez escorted BRADY to the yard mister for decontamination of the effects of OC and to the Medical Clinic for medical evaluation. BRADY was Medical cleared and placed in Administrative Segregation C6.

ALARM:
LVN S. Villalobos activated the medical clinic alarm.

USE OF FORCE:
·Correctional Sergeant J. Valenzuela used physical force
Correctional Sergeant T. Manning used MK9 OC.
Correctional Officer A. Rodriguez used physical force

SUSPECT:
BRADY D46886 C3-139L

WITNESS:
LVN Villalobos

EVIDENCE:
No evidence collected as a result of this incident.

SEARCHES:
Officer A. Rodriguez conducted a cloth body search prior to inmate BRADY being escorted to the yard misters for decontamination with negative results for weapons or contraband. Officer S. Rodriguez searched holding cell #1 prior to placing BRADY in the holding cell.

ESCORTS:
Officer S. Rodriguez escorted BRADY to the yard misters for decontamination then to the medical clinic for medical evaluation and finally to C6.

HOLDING CELL:
BRADY was placed in holding cell #1. Holding cell log was started and completed by Officer S. Rodriguez.

DECONTANINATION:
BRADY was escorted to the yard mister where he decontaminated with cool running water for approximately 15

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) J█████ VALENZUELA | TITLE: CORRECTIONAL SERGEANT | ID# ████ | BADGE # ████ |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE ████ | DATE 11/28/2007 |
| NAME OF WARDEN / AOD (PRINT/ SIGN) V.M. ALMAGER | | TITLE WARDEN | DATE 11-29-07 |

STATE OF CALIFORNIA
CRIME/INCIDENT REPORT
PART A1 - SUPPLEMENT
CDCR 837-A1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DV-1.5.3

Case 3:09-cv-00073-JAH-BLM   Document 1 (6)   Filed 05/30/2008   Page 22 of 40

Exhibit 5(6)

| | Page 3 of 6 | INCIDENT LOG NUMBER CEN-FCP-07-11-0357 |
|---|---|---|

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CEN | FCP - FACILITY C | 11/28/2007 | 20:25 |

TYPE OF INFORMATION:
[☑] SYNOPSIS/SUMMARY OF INCIDENT  [ ] SUPPLEMENTAL INFORMATION  [ ] AMENDED INFORMATION  [ ] CLOSURE REPORT

minutes.

**MEDICAL:**
LVN Villalobos completed a 7219 Medical Report of Injury or Unusual Occurrence on BRADY. This report indicates the following: OC exposure.

**VIDEOTAPE INTERVIEW OF INMATE:**
Videotape interview was not necessary. There was no significant head injuries or allegations of unnecessary/excessive use of force.

**NOTIFICATIONS:**
The following Administrative staff was notified: E. Vargas, Watch Commander and  A. Hernandez, Facility C Captain.

**CCPOA:**
No need to notified CCPOA

**CONCLUSION:**
BRADY was issue Rule Violation Report, Log # FC-07-11-045 for violation of CCR, Title 15, Section 3005 (c) , specifically Resisting staff resulting in the use of force.

Inmate BRADY was rehoused in C6-111L, Ad-Seg

This matter will not be referred to the Imperial County District Attorney's office for possible felony prosecution

There were no shots fired.

There were no injuries to staff.

There were no injuries to inmate other than OC exposure.

There was no damage to state property.

You will be apprised of any developments via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) J. VALENZUELA | TITLE: CORRECTIONAL SERGEANT | ID# | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE 11/28/2007 |
| NAME OF WARDEN / AOD (PRINT/ SIGN) V.M. ALMAGER | 4 | TITLE WARDEN | DATE 11-29-07 |

# CRIME / INCIDENT REPORT
## PART B1 - INMATE
### CDCR 837-B1 (REV. 10/06)

Page 4 of 6

| INSTIUTTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CEN | FCP - FACILITY C | CEN-FCP-07-11-0357 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | | FIRST | | MI | | CDC # | | SEX | ETHNICITY | | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRADY | | CHARLES | | NMI | | D-46786 | | M | BLA | | | | A08001129 |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | 133 | NO | 05/10/1987 | 05/07/2007 | 12/21/2008 | EPRD | NO | 04/17/1956 | C6-111L |

| CURRENT INMATE LEVEL | ☑ N/A ☐ MHCB | ☐ CCCMS ☐ DDP | ☐ EOP ☐ DPP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| IV | | | | | TRANS/SELL CS | SAN DIEGO |

☑ N/A    DESCRIPTION OF INJURIES, LOCATIONS AND CAUSE

| ☐ N/A ☐ DECEASED DATE | ☑ TREATED AND RELEASED | ☐ HOSPITALIZED ☐ REFUSED TREATMENT | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY ☐ N/A   FACILITY C CLINIC |
|---|---|---|---|

| Reason For Death: | is There ASCA Seious Injury ◉ No ○ Yes | ☑ N/A   PRISON GANG / DISRUPTIVE GROUP | VALIDATED / ASSOCIATED |
|---|---|---|---|

**CRIME / INCIDENT REPORT**
Exhibit 5 (d)

**PART B2 - STAFF**
CDCR 837-B2 (REV. 10/06)

| | | Page 5 of 6 |
|---|---|---|

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CEN | FCP - FACILITY C | CEN-FCP-07-11-0357 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MANNING | | A | CORRECTIONAL SERGEANT | M | WHI | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| RESPONDER | | | | C YD/DIN SGT |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A          ☐ TREATED AND RELEASED<br>☐ REFUSED TREATMENT  ☐ HOSPITALIZED<br>☐ DECEASED DATE | USED FORCE<br>☐ Yes  ☑ No<br>TYPE OF FORCE: | PROCESSED EVIDENCE<br>☐ Yes  ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ☉ No  ○ Yes | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| VALENZUELA | | B | CORRECTIONAL SERGEANT | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| PRIMARY | | | | C PROGRAM SGT |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A          ☐ TREATED AND RELEASED<br>☐ REFUSED TREATMENT  ☐ HOSPITALIZED<br>☐ DECEASED DATE | USED FORCE<br>☑ Yes  ☐ No<br>TYPE OF FORCE:<br>PHYSICAL FORCE | PROCESSED EVIDENCE<br>☐ Yes  ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ☉ No  ○ Yes | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RODRIGUEZ | | NMI | CORRECTIONAL OFFICER | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| PRIMARY | | | | C DIN-OBS |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A          ☐ TREATED AND RELEASED<br>☐ REFUSED TREATMENT  ☐ HOSPITALIZED<br>☐ DECEASED DATE | USED FORCE<br>☑ Yes  ☐ No<br>TYPE OF FORCE:<br>PHYSICAL FORCE | PROCESSED EVIDENCE<br>☐ Yes  ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ☉ No  ○ Yes | | |

**PART B2 - STAFF**
CDCR 837-B2 (REV. 10/06)

Page 6 of 6

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CEN | FCP - FACILITY C | CEN-FCP-07-11-0357 |

## STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RODRIGUEZ | | L | CORRECTIONAL OFFICER | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| RESPONDER | | | | C INSIDE PATROL |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A  ☐ REFUSED TREATMENT  ☐ DECEASED DATE  ☐ TREATED AND RELEASED  ☐ HOSPITALIZED | USED FORCE  ☐ Yes  ☑ No  TYPE OF FORCE: | PROCESSED EVIDENCE  ☐ Yes  ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ● No  ○ Yes | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| VILLALOBOS | | H | LICENSED VOCATIONAL NUR | F | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| WITNESS | N/A | | N/A | FAC C LVN |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A  ☐ REFUSED TREATMENT  ☐ DECEASED DATE  ☐ TREATED AND RELEASED  ☐ HOSPITALIZED | USED FORCE  ☐ Yes  ☑ No  TYPE OF FORCE: | PROCESSED EVIDENCE  ☐ Yes  ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ● No  ○ Yes | | |

# CRIME / INCIDENT REPORT
# PART C - STAFF REPORT
CDCR 837-C (REV. 10/06)

| | Page 1 of 1 | INCIDENT LOG NUMBER CEN-FCP-07-11-0357 |
|---|---|---|

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| VALENZUELA | | B | 11/28/2007 | 20:25 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| | C PROGRAM SGT | YR. O. | 11/28/2007 | MEDICAL CLINIC |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| | 14:00-22:00 | Force or Violence - Resisting and/or Obstructing a Peace Officer, Resulting in Use of Force | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| PRIMARY | (S) T. MANNINS SGT<br>(S) A. RODRIGUEZ OFFICER<br>(S) S. RODRIGUES OFFICER<br>(S) S. VILLALOBOS LVN | (S) BRADY D46786 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|
| CHEMICAL | ☑ N/A<br><br>**FORCE:**<br>☐ EXPANDABLE BATON<br>☐ PHYSICAL FORCE<br>☐ X10 | **WEAPON**<br>☐ MINI 14<br>☐ .38 CAL<br>☐ 9MM<br>☐ SHOTGUN | WARNING EFFECT: **LAUNCHER:** EFFECT#:<br>☐ 37MM<br>☐ L8<br>☐ 40MM<br>☐ 40 MM MULTI<br>☐ HFWRS | **CHEMICAL/ TYPE:**<br>☑ N/A<br>☐ OC<br>☐ CN<br>☐ CS<br>☐ OTHER |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☑ N/A<br>DESC: | ☐ Yes<br>☑ No |

**NARRATIVE:**

On November 28, 2007 at approximately 2925 hours I was in the Facility C medical clinic supervising the escort of inmate into the clinic for medication issuance. Officer A. Rodriguez was escorting inmate BRADY D46786 into the clinic. BRADY saw me in the clinic and stated in a loud boisterous manner" That's why we can't come inside the clinic *the fucken Sergeant is with his love nest." I instructed BRADY to be quiet and not to be disrespectful.* BRADY then stated "Fuck you Sergeant Valenzuela, You fucken bitch. You cant make me be quiet." I order BRADY to be quiet or I will have him escorted out of the clinic. BRADY continued to be loud and disrespectful. Officer A. Rodriguez order BRADY to stand up and walk out of the clinic. BRADY stood up but refuse to walk out stating "You are a bitch and a coward, we can settle this the old school way. I'll take you to the back and kick your fucken ass".I took hold of BRADY'S left arm and A Rodriguez took hold of his right arm. I order BRADY to walk, he then started walking out of the clinic. As we escorted BRADY out of thee clinic he resisted by raising his arms up braking away from the escort and turned to face us. Officer A. Rodriguez took hold of BRADY'S left arm and I took hold of his right arm and we pulled him to the ground into a prone position. BRADY placed his hands underneath his chest and continue to resist. Sergeant T. Manning responded and sprayed BRADY with OC. BRADY then complied and was place in handcuffs. I instructed Officer S. Rodriguez to escort BRADY to the yard misters for decontamination and the medical clinic.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Sergeant | BADGE # | ID# | DATE 11/29/2007 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) JESUS JUAREZ CORRECTIONAL LIEUTENANT | DATE RECEIVED 11/29/2007 | APPROVED ☑ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☑ No | DATE 11/29/2007 |

STATE OF CALIFORNIA · DEPARTMENT OF CORRECTIONS AND REHABILITATION
Case 3:08-cv-00973-JAH-BLM    Document 1    Filed 05/30/2008    Page 27 of 40

Exhibit 7

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (REV. 10/06)

| Page 1 of 1 | INCIDENT LOG NUMBER CEN-FCP-07-11-0357 |
|---|---|

| NAME: LAST MANNING | FIRST | MI A | INCIDENT DATE 11/28/2007 | INCIDENT TIME 20:25 |
|---|---|---|---|---|

| POST # | POSITION C YARD SGT | YEARS OF SERVICE ___ YR. ___ MO. | DATE OF REPORT 11/28/2007 | LOCATION OF INCIDENT C MEDICAL CLINIC |
|---|---|---|---|---|

| RDO's | DUTY HOURS 14:00-22:00 | DESCRIPTION OF CRIME / INCIDENT Force or Violence - Resisting Peace Officer In Performance of Duties, Resulting in Use of Force | CCR SECTION / RULE 3005-c1 Force or Violence |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES |
|---|---|---|
| RESPONDER | SGT. J. VALENZUELA C/O A. RODRIGUEZ | BRADY D46786 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | CHEMICAL AGENTS USED |
|---|---|---|---|
| PHYSICAL | [✓] N/A  FORCE: [ ] EXPANDABLE BATON [ ] PHYSICAL FORCE [ ] X10 | WEAPON [ ] MINI 14 [ ] .38 CAL [ ] 9MM [ ] SHOTGUN   WARNING ___ EFFECT: ___   LAUNCHER: [ ] 37MM [ ] L8 [ ] 40MM [ ] 40 MM MULTI [ ] HFWRS   EFFECT#: ___ | CHEMICAL/ TYPE: [✓] N/A [X] [X] OC MK9 [ ] CN [ ] CS [ ] OTHER |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| [ ] Yes [✓] No | [✓] N/A | [✓] N/A | [ ] Yes [✓] No | [ ] Yes [✓] No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| [ ] Yes [✓] No | [✓] N/A | [✓] N/A | [✓] N/A DESC: | [ ] Yes [✓] No |

NARRATIVE:

On 11-28-2007 at approximately 2025 hours while performing my duties as C Yard Sergeant. I responded to a incident at C Medical Clinic where Inmate BRADY,C CDC#D46786 was being verbally abusive and threatening staff. As I arrived at the scene I heard inmate BRADY say to Sgt. J. Valenzuela "You're a Punk and we can take this into the back and handle this old school style." Inmate BRADY was refusing to exit the medical clinic and staff attempted to escort him outside. Inmate BRADY became physically resistive by trying to pull away from staff. Staff continued to escort him outside of the clinic where they got him onto the ground and attempted to put handcuffs onto him. Inmate BRADY continued to resist by pulling his arms tight under his body. I told inmate BRADY to quit resisting or I will have to use spray him (OC). Inmate BRADY continued to resist and I utilized my OC MK9 with 1, ½ second burst right on face area. C/O Rodriguez applied handcuffs onto inmate BRADY.

[ ] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Sergeant | BADGE # | ID# | DATE 11/28/2007 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) J Valenzuela Sgt | DATE RECEIVED 11-28-07 | APPROVED [X] Yes [ ] No | CLARIFICATION NEEDED [ ] Yes [X] No | DATE 11/28/07 |

STATE OF CALIFORNIA         *Exhibit 8*      DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT

CDCR 837-C (REV. 10/06)

| Page __1__ of __2__ | INCIDENT LOG NUMBER: CEN-FeP-07-11-0357 |
| --- | --- |

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
| --- | --- | --- | --- | --- |
| Rodriguez | L | | 11/28/07 | 2025 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
| --- | --- | --- | --- | --- | --- |
| | C-yard Dinning gun | YR. | MO. | 11/28/07 | C-Yard Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT: Resisting Staff | CCR SECTION / RULE |
| --- | --- | --- | --- |
| | 14-22 | Resisting Staff resulting in use of force And D.C | 3005 (c) |

**YOUR ROLE**
- [X] PRIMARY
- [X] RESPONDER
- [ ] WITNESS
- [ ] VICTIM
- [ ] CAMERA
- [ ] SCRIBE

| WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
| --- | --- |
| (S) Sgt. Valenzuela | (S) Brady   D-46786 |
| (S) Sgt. Manning | |

**FORCE USED BY YOU**
- [X] WEAPON
- [X] PHYSICAL
- [ ] CHEMICAL
- [ ] NONE

**FORCE OBSERVED BY YOU**
- [ ] WEAPON
- [X] PHYSICAL
- [ ] CHEMICAL
- [ ] NONE

**FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE**

[X] N/A

| WEAPON | WARNING | EFFECT: |
| --- | --- | --- |
| [ ] MINI 14 | | |
| [ ] .38 CAL | | |
| [ ] 9MM | | |
| [ ] SHOTGUN | | |

FORCE:
- [ ] EXPANDABLE BATON
- [ ] PHYSICAL FORCE
- [ ] X10

| LAUNCHER: | EFFECT# |
| --- | --- |
| [ ] 37MM | |
| [ ] L8 | |
| [ ] 40MM | |
| [ ] 40 MM MULTI | |
| [ ] HFWRS | |

**CHEMICAL/ TYPE:**
- [ ] N/A
- [ ] OC
- [ ] CN
- [ ] CS
- [ ] OTHER

**EVIDENCE DESCRIPTION** [X] N/A     **EVIDENCE DESCRIPTION** [X] N/A

| BIO HAZARD | PPE |
| --- | --- |
| [ ] Yes [X] No | [ ] Yes [X] No |

**EVIDENCE COLLECTED BY**
- [ ] Yes
- [X] No

**REPORTING STAFF INJURED**
- [ ] Yes
- [X] No

| DESCRIPTION OF INJURY [X] N/A | LOCATION TREATED (HOSPITAL / CLINIC) [X] N/A | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
| --- | --- | --- | --- |
| | | [ ] BODILY   [X] N/A | [ ] Yes |
| | | [ ] UNKNOWN | [X] No |
| | | [ ] OTHER _____ | |

**NARRATIVE:**

On 11-28-07 at approximatly 2025 hrs I co. A.M. Rodriguez was working as C-yard dinning gun. I escorted Inmate Brady and Three other Inmates to C-yard clinic. I Told the inmates to stand along side the fence till I cleared the clinic. I escorted the inmates inside Put Them N The holding cell and Inmate brady Sat down on The chair to have his blood Pressure checked. Inmate brady started yelling "That's why we can't come inside The fucker sergent is with his love Nest" Sergent Valenzuela Told Inmate brady to quiet down and not be disrespectful. Inmate brady commenced to get loud and say "Fuck you sergent Valenzuela, your a fucken bitch you can't make me be quiet" Sergent Valenzuela Told him Again To be quiet or well escort him back to his cell. Inmate brady continued to yell "Fuck you bitch you can't Tell me to be-quiet." I ordered Inmate brady To stand-up and continued To be loud and disrespectful, Inmate brady told Sergent Valenzuela

[X] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID# | DATE 11/28/07 |
| --- | --- | --- | --- | --- |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
| --- | --- | --- | --- | --- |
| Valenzuela Sgt | 11-28-07 | [X] Yes [ ] No | [ ] Yes [X] No | 11-28-07 |

# CRIME / INCIDENT REPORT
## PARTC1 - SUPPLEMENT
CDCR 837-C1 (REV. 10/06)

Page 2 of 2

INCIDENT LOG NUMBER: CEN FCP-07-11-0357

NAME LAST: Rodriguez  FIRST: [redacted]  MI: M

TYPE OF INFORMATION
- ☒ CONTINUATION OF REPORT
- ☒ CLARIFICATION OF REPORT
- ☐ ADDITIONAL INFORMATION

"Your a bitch and a Coward we could settle this
The old School way ill take you to the back and
ill kick your fucken ass" Sgt. Valenzuela your a coward and
a bitch. I ordered brady to walk out of the clinic
Brady Refused to walk out. I took hold of Inmate
Brady Right Arm and Sgt. Valenzuela took hold of
Brady left Arm and ordered him to walk out
Brady Started to walk out, As we escorted Brady
out of The clinic Brady Turned and raised
his Arms which caused me to let go of his
Arms. I ordered inmate brady to get down.
Here I see I Then grabbed his left Arm and Sgt
Valenzuela grabbed his other Arm and placed him
on The ground. Brady tucked his Arms underneath
his chest and refused to comply with my orders to
cuff-up. He continued to call Sgt. Valenzuela a
"bitch" a "Pussy" and a "mother fucker". I Tried To
grab his Arms from underneath his chest He
continued to Twist and Turn his body. Sgt Manning
Then sprayed Brady in The face with O.C. I was
Then Able To grab his Arms and hand-cuft him
Inmate brady. I conducted a clothed body
search with negative results.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF: [signature]  TITLE: C/O  BADGE #: [redacted]  DATE: 11-28-07

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): Valenzuela Sgt [signature]  DATE RECEIVED: 11-28-07  APPROVED: ☒ Yes ☐ No  CLARIFICATION NEEDED: ☐ Yes ☒ No  DATE: 11-28-07

Exhibit 9

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**

CDCR 837-C (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page __1__ of __1__

INCIDENT LOG NUMBER: Cen-FCP-07-11-0357

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Rodriguez | | | 11/28/07 | 2025hrs |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| | CIP | YR. ___ MO. ___ | 11/28/07 | C Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| | 1400/2200 | Resisting staff resulting in use of force O.C | 3005 (C) |

**YOUR ROLE**
- [ ] PRIMARY
- [x] RESPONDER
- [x] WITNESS
- [ ] VICTIM
- [ ] CAMERA
- [ ] SCRIBE

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
(A)Lt. Valenzuela
C/O A. Rodriguez
LVN Villalobos

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)**
Brady D-46786

**FORCE USED BY YOU**
- [x] WEAPON
- [x] PHYSICAL
- [x] CHEMICAL
- [x] NONE

**FORCE OBSERVED BY YOU**
- [x] WEAPON
- [x] PHYSICAL
- [x] CHEMICAL
- [ ] NONE

**FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE**

- [x] N/A

**FORCE:**
- [x] EXPANDABLE BATON
- [x] PHYSICAL FORCE
- [x] X10

| WEAPON | WARNING | EFFECT |
|---|---|---|
| [x] MINI 14 | | |
| [x] .38 CAL | | |
| [x] 9MM | | |
| [x] SHOTGUN | | |

| LAUNCHER: | EFFECT# |
|---|---|
| [x] 37MM | |
| [x] L8 | |
| [x] 40MM | |
| [x] 40 MM MULTI | |
| [x] HFWRS | |

**CHEMICAL/ TYPE:**
- [x] N/A
- [ ] OC
- [ ] CN
- [ ] CS
- [ ] OTHER

**EVIDENCE COLLECTED BY**
- [ ] Yes
- [x] No

**REPORTING STAFF INJURED**
- [ ] Yes
- [x] No

| EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD | PPE |
|---|---|---|---|
| [x] N/A | [x] N/A | [ ] Yes [x] No | [ ] Yes [x] No |

| DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|
| [x] N/A | [x] N/A | [ ] BODILY [x] N/A [ ] UNKNOWN [ ] OTHER ___ | [ ] Yes [x] No |

**NARRATIVE:**

On November 28, 2007 at approximately 2025 hrs. while performing my duties as C inside patrol officer I responded to an Alarm in C clinic. As I arrived I observed Officer Rodriguez and (A)Lt. Valenzuela trying to handcuff inmate Brady D-46786 C3-134u while inmate Brady was in a prone position in front of the C clinic door. After Im Brady was placed in handcuffs I was ordered by (A)Lt. J.Valenzuela to escort inmate Brady to yard #2 misters for decontamination. After approx. 15 minutes of cool running water in Brady's face, inmate Brady stated he was o.k. I escorted Brady from misters in yard #2 back into the C clinic holding cell for a medical evaluation(7219). After the medical evaluation was completed by LVN Villalobos I escorted Brady to C program holding cell #1. And started a holding cell log at approx. 2100 hrs. At approx. 2200 hrs. I escorted Brady to Ad-C6 for adseg placement.

- [x] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID# | DATE 11/28/07 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 11/28/07 | APPROVED [ ] Yes [x] No | CLARIFICATION NEEDED [ ] Yes [x] No | DATE 11/28/07 |

Exhibit 10

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT

CDCR 837-C (REV. 10/06)

Page 1 of 1

INCIDENT LOG NUMBER: Cen-FCP-07-11-035?

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Villalobos | | | 11-28-07 | 2035 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| — | LVN | YR. / MO. | 11-28-07 | Fac C. Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| | 0630-1430 | Resisting staff resulting in the use of physical force OC | 3005 c |

**YOUR ROLE**
- [ ] PRIMARY
- [x] RESPONDER
- [x] WITNESS
- [ ] VICTIM
- [ ] CAMERA
- [ ] SCRIBE

WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)
CO Rodriquez, Am-S
Sgt Valenzuela-S

INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)
Brady, D4l6780, C3139

**FORCE USED BY YOU**
- [ ] WEAPON
- [ ] PHYSICAL
- [ ] CHEMICAL
- [x] NONE

**FORCE OBSERVED BY YOU**
- [ ] WEAPON
- [ ] PHYSICAL
- [ ] CHEMICAL
- [x] NONE

FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE

[x] N/A

**WEAPON**
- [ ] MINI 14
- [ ] .38 CAL
- [ ] 9MM
- [ ] SHOTGUN

**FORCE:**
- [ ] EXPANDABLE BATON
- [ ] PHYSICAL FORCE
- [ ] X10

WARNING  EFFECT

**LAUNCHER:**
- [ ] 37MM
- [ ] L8
- [ ] 40MM
- [ ] 40 MM MULTI
- [ ] HFWRS

EFFECT#

**CHEMICAL/ TYPE:**
- [x] N/A
- [ ] OC
- [ ] CN
- [ ] CS
- [ ] OTHER

**EVIDENCE COLLECTED BY**
- [ ] Yes
- [x] No

| EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD | PPE |
|---|---|---|---|
| [x] N/A | [x] N/A | [ ] Yes [x] No | [ ] Yes [x] No |

**REPORTING STAFF INJURED**
- [ ] Yes
- [x] No

| DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|
| [x] N/A | [x] N/A | [ ] BODILY [x] N/A [ ] UNKNOWN [ ] OTHER | [ ] Yes [x] No |

NARRATIVE:

On 11-28-07 c approximately 2035, as I was doing my duties as an Licensed Vocational Nurse in Fac C Clinic, Inmate Brady, D4l6780, C3139, walked into the clinic and yelled out "That's why we can't come into the clinic because Sgt Valenzuela is with his love not," in a very loud voice. Sgt. Valenzuela told him to be quiet and not to be disrespectful. Then Inmate Brady yelled out, "Fuck you Sgt Valenzuela, you are a fucken bitch and you can't make me be quiet." Sgt Valenzuela advised him once again to be quiet and Inmate Brady continue to be loud and called Sgt Valenzuela a bitch. Inmate Brady, stood up and as he was being escorted out of the clinic, I heard Inmate Brady call Sgt Valenzuela a bitch and told him we can settle this the old way by taking it to the back so I can kick your fucken ass, you bitch, you coward. Inmate Brady was being escorted out of the clinic by CO Rodriquez, Am and Sgt Valenzuela and I then hit my alarm, when I saw Brady resisting staff. 7219 Completed, no injuries noted.

[ ] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| Villalobos | LVN | | | 11-28-07 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Tidenvich Sgt Lab | 11-28-07 | [x] Yes [ ] No | [ ] Yes [x] No | 11-28-07 |

Exhibit 11 (B)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/28/07 | 1230am | | 1.) GIVE Toradol 60mg IM now. |
| | | | 2.) F/u @ TTA in AM. (11-29-07.) |
| | | | T.O. Dr. FRAZE / N. Salcido. RN |
| | | | Noted 11/28/07 @ 1300 N Salcido. RN |
| 11/29/7 | | | D/C hctz erra |
| | | | Lasix 40 PO q day |
| | | | erra |
| 11/29/07 | 0940 | | Add clonidine 0.2 PO |
| | | | q HS |
| | | | Until 2/28/08 |
| | | | RFS F sujien |
| | | | 2° PTH |
| | | | DR line Mdey |

Noted my pharacy / comp to pharmacy RN—OT specialty clinic RN

N. DUKE MD
CENTINELA STATE
PRISON

| ALLERGIES: Keflex | INSTITUTION Centinela | ROOM/WING C-6 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC# D46786
BRADY, CHARLES
04-17-56    M

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

Exhibit 11 (C)

| DATE | TIME | |
|------|------|---|
| 11/29/07 | 0755 | Pt c/o pain to ® jaw, chest wall & neck pain 10 on 1 to 10 pain scale. 2 Tylenol #3 given per orders. BP 160/108 manual. No c/o dizziness or headache — ___ |
| 11/29/07 | 1250 | I/P c/o generalized body pain — specifically to ® jaw — rated pain #10⁺ ___ |
| ___ | ___ | #3 given as ordered ___ |
| 11/28/07 | 1230 | I/P c/o pain to "jaw" "throbbing pain" ___ two I #3 adm as ordered VS 20, 86, 150/80. I/P tolerated well, will cont to monitor ___ |
| 11/30/07 | 1700 | I/P c/o throbbing pain to ® jaw — rated pain #10. Medicated ī īī Tyl #3 tabs ___ |
| 12/1/07 | 0700 | I/m c/o ® jaw & chest wall pain rated #10/0. BP 156/92 P80 R20. Tyl #3 x īī PO given. Tol well. ___ |
| 12/1/07 | 4pm | I/m c/o pain 8/10 Medicated c̄ tylenol #3 īī tabs as ordered Tolerated well. Will cont to monitor ___ A. Huerta |
| 12/2/07 | 0640 | Inmate c/o pain to jaw states pain level c̄ 8/10 Administered īī Tyl. #3 As ordered for pain tolerated well cont to monitor ___ |
| 12/2/07 | 4pm | I/m c/o pain 8/10 Medicated c̄ īī tab tylenol #3 as ordered. Tolerated ___ A. Huerta |

INSTITUTION: Cent

HOUSING UNIT: C6-111

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Brady    Charles
D46786
C6-111
#3

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Exhibit 11 (D)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/03/07 | 13:00 | | ① Toradol 60mg IM ⊗T now |
| | | | ② Ibuprofen 800 mg po tid scheduled w/ food (not prn) × 10 days |
| | | | ③ Robaxin 750 mg po tid × 2 week |
| | | | ④ Gentle ROM neck stretches tid × 10 days. |
| | | | ⑤ Medline tomorrow to discuss his chronic back issues. Wants chrono for back brace |
| | | | ⑥ Chrono for waist wrist restraints (see chrono) × 6 months. |
| | | | ⑦ Wall walk shoulder stretches tid × 1 month. |
| | | | STV K___ MD |
| | | Noted 12/3/07 | |

ALLERGIES: Keflex    INSTITUTION: Centiniela    ROOM/WING: C6

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

D46786
Brady, Charles
04/17/56

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00  35617    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/2/07 | 1315 | | I/P needs to be brought before IDTT for likely placement in the MHSDS. AXIS I 296.6 (Bipolar I D/O Mixed) GAF 51. See 7230 this date - |
| | | | *[signature]* ALVIN CHANDLER II, PhD CLINICAL PSYCHOLOGIST |
| 12/3/07 | 0715 | | noted by *[signature]* |
| 12/7/07 | 1300 | | 128C - Chrono Inmate reports that he is having "homicidal thoughts." He says he is angry @ officers that injured him and he is not sure he will be able to control himself if sent to same yard where officers injured him. *[signature]* DR. Y. ARMENTA SENIOR PSYCHOLOGIST CENTINELA SP |
| | | | Noted by J. Clark RN 12/7/02 @ 1310 |

| ALLERGIES: | INSTITUTION: Centinela SP | ROOM/WING |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00  35617    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

Brady, Charles

D46786    4/17/56

Exhibit 11 (F)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/4/07 | TPM | | ① Call CASTRO RN, _hospital_ by TV _med._ ENDOCRINOLOGY Re. Hyperparathyroidism. — _need Report on_ _materials_ WRITTEN |
| | | | ② Reschedule Biopsy of (4) _Breast_, it was cancelled |
| | | | ③ Anusol Rectal Cream — apply for Rectal Sore |
| | | | ④ Re x-ray | C-Spine CR _spine belt_ JAW |
| | | | Noted 12/4/07 C 1300 _Dr. Helms_ _Garcia RN_ 1300 |

| ALLERGIES: Keflex | INSTITUTION Cen | ROOM/WING |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC# D46-26
BRADY, CHARLES
04-11-56  M

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

COPY OF RVR AND CDC-804 SENT TO RECORDS ON: 12-07-07 BY: C/O R. SALAS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Exhibit 12

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| D-46786 | BRADY | | | CENTINELA | C3-139U | FC-07-11-04 |
| VIOLATED RULE NO(S). | | SPECIFIC ACTS | RESISTING AND/OR | | DATE | TIME |
| CCR §3005(b) | | | OBSTRUCTING A PEACE OFFICER | LOCATION: FC MED. CLINIC | 11/28/07 | 2025 HOURS |

CIRCUMSTANCES

On 11/28/07, at approximately 2025 hours, I was in the Facility C Medical Clinic supervising the escort of inmate into the clinic for medication issuance. Officer A. Rodriguez was escorting Inmate BRADY (D-46786, C3-139U), into the clinic. BRADY saw me in the clinic and stated in a loud boisterous manner, "That's why we can't come inside the clinic, the fucken Sergeant is with his love nest." I instructed BRADY to be quiet and not to be disrespectful. BRADY then stated, "Fuck you Sergeant Valenzuela, you fucken bitch. You can't make me be quiet." I ordered BRADY to be quiet or I will have him escorted out of the clinic. BRADY continued to be loud and disrespectful. Officer A. Rodriguez ordered BRADY to stand up and walk out of the clinic. BRADY stood up but refuse to walk out stating, "You are a bitch and a coward, we can settle this the old school way. I'll take you to the back and kick your ass." I took hold of BRADY'S left arm and Officer Rodriguez took hold of his right arm. I ordered BRADY to walk, he then started walking out of the clinic. As we escorted BRADY out of the clinic, he resisted by

(Continued on CDC-115, Part C)

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ J. Valenzuela, Sergeant | | 12-3-07 | Facility "C" Sergeant | |
| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| ▶ F. Lopez, Sergeant | | 12/3/07 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | | | |
| ☑ SERIOUS | | 12-4-07 | ▶ A. Hernandez, Facility "C" Captain | ☐ HO ☑ SHO ☐ SC ☐ FC |

| COPIES GIVEN INMATE BEFORE HEARING | | | | |
|---|---|---|---|---|
| ☑ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE 12-07-07 | TIME 1755 | TITLE OF SUPPLEMENT |
| ☐ INCIDENT REPORT LOG NUMBER: CEN-FCP-07-11-0357 ▶ | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING

REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE ▶ | | DATE | TIME |
|---|---|---|---|---|---|
| REVIEWED BY: (SIGNATURE) ▶ | | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | | DATE | |
| | DATE | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | | | | |

CDC 115 (7/88)

Exhibit 13

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Charles Brady    NUMBER D-46786    ASSIGNMENT Clerk E.O.P.    UNIT/ROOM NUMBER D.1.108

A. Describe Problem: I Brady have Sent in # 4.602 about seeing A Doctor, specialist, for MY Neck From some kicking by CO. from 11-28-07 I Sent # 2.602 on 2-28-08 and one 602 on 3-3-08 and A few days Ago Trying to get A Log No. So I am sending This Appeal To The Coordinator. It's The same # 2.602 I Sent from "A.4.144"

If you need more space, attach one additional sheet.

B. Action Requested: To have MY This 602 go to The Nexed Level, and Also get A Log No.

MAR 2 5 2008

Inmate/Parolee Signature: Charles Brady    Date Submitted: 3-2008

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

APR 0 2 2008

*Exhibit 14*

State of California
GDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*April 4, 2008*

**BRADY, D46786**
*FAB400000000144L*

Log Number: LAC-D-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

**You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).**

**YOU HAVE SUBMITTED A DUPLICATE APPEAL ON THE SAME ISSUE.**

J. Curiel
Appeals Coordinator
Correctional Counselor II
CSP - Los Angeles County

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT -- DO NOT REMOVE**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Charles W. Brady

Valenzuela, et al

2008 MAY 30 PM 4:11

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Charles W. Brady
44750 60th Street West
Lancaster, CA 93536
D-46786

**ATTORNEYS (IF KNOWN)**

'08 CV 0973 JAH BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE   Docket Number

DATE   May 30, 2008

SIGNATURE OF ATTORNEY OF RECORD