Charles W. Brady, D-46786
PLAINTIFF/PETITIONER/MOVANT'S NAME

D-46786
PRISON NUMBER

California State Prison L.A. County
PLACE OF CONFINEMENT A4-#126
44750 60th Street West
Lancaster, CA 93536
ADDRESS

FILED
2008 MAY 30 PM 4:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

CHARLES W. BRADY,
Plaintiff/Petitioner/Movant

v.

J. VALENZUELA, Sgt., et al.,
Defendant/Respondent

Civil No. '08 CV 0973 JAH BLM
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Charles W. Brady  /s/ Charles W. Brady, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  California State Prison Los Angeles County
   Are you employed at the institution?            ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                    K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _APRIL-07_  _NoNe_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _NoNe_

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _NoNe_
   b. Present balance in account(s): _NoNe_

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _NoNe_
   b. Present balance in account(s): _NoNe_

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No  _NoNe_
   a. Make: _NoNe_  Year: _NoNe_  Model: _NoNe_
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _NoNe_

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support ~~cost~~ - NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. MY Mother A few $ ~~~~ Now and Then

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

✓ 5-22-2008
DATE

Charles Bundy
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **Charles Brady**,
(NAME OF INMATE)

**D-46786  A4.144**,
(INMATE'S CDC NUMBER)

has the sum of $ **-5.00** on account to his/her credit at

**CALIFORNIA STATE PRISON LOS ANGELES COUNTY**.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during the past six months** the applicant's *average monthly balance* was $ **0.00**,

and the *average monthly deposits* to the applicant's account was $ **0.00**.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**MARCH 13, 2008**
DATE

*K.M.George*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**Kristy StGeorge**
OFFICER'S FULL NAME (PRINTED)

**ACII**
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030                                              REPORT DATE: 03/13/08
                                                               PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIF. STATE PRISON, LA COUNTY
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 13, 2008
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K.S.L. George ACII
TRUST OFFICE

ACCOUNT NUMBER : D46786                BED/CELL NUMBER: FAB400000000144L
ACCOUNT NAME   : BRADY, CHARLES WESLEY ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/21/2008 | H114 | COPAY FEE, MED. | 703921/MED | 5.00 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/23/87                CASE NUMBER: A791552
COUNTY CODE: LA                         FINE AMOUNT: $   500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | 484.00 |
| 01/16/08 | SU01 | SYS TRNSF - POS | 457.24- | 26.76 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/11/88                CASE NUMBER: A963264
COUNTY CODE: LA                         FINE AMOUNT: $   100.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | 100.00 |
| 01/16/08 | SU01 | SYS TRNSF - POS | 100.00- | 0.00 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/04/95                CASE NUMBER: SC0103448
COUNTY CODE: SD                         FINE AMOUNT: $   250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | 213.70 |

```
              CALIF. STATE PRISON, LA COUNTY
              INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 13, 2008

ACCT: D46786     ACCT NAME: BRADY, CHARLES WESLEY     ACCT TYPE: I
```

**\* RESTITUTION ACCOUNT ACTIVITY**

```
DATE SENTENCED: 05/04/95              CASE NUMBER: SCO103448
COUNTY CODE: SD                       FINE AMOUNT: $    250.00

  DATE     TRANS.  DESCRIPTION             TRANS. AMT.    BALANCE
--------   ------  ----------------------- -----------  -----------
01/16/08   SU01    SYS TRNSF - POS            213.70-       0.00
```

**\* RESTITUTION ACCOUNT ACTIVITY**

```
DATE SENTENCED: 11/30/98              CASE NUMBER: SCD139594
COUNTY CODE: SD                       FINE AMOUNT: $   2,000.00

  DATE     TRANS.  DESCRIPTION             TRANS. AMT.    BALANCE
--------   ------  ----------------------- -----------  -----------

10/01/2007  BEGINNING BALANCE                             2,000.00

01/16/08   SU01    SYS TRNSF - POS          2,000.00-       0.00
```

```
  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 |



```
                                      CURRENT
                                     AVAILABLE
                                      BALANCE
                                    -----------
                                        5.00-
```

REPORT ID: TS3030 Case 3:08-cv-00973-JAH-BLM   Document 2   Filed 05/30/2008   Page 6 of 6
REPORT DATE: 03/13/08