Charles W. Brady
(Name) CSP-LAC, A4-#103
44750 60th Street West
(Address)
Lancaster, CA 93536
(City, State, Zip)
D-46786
(CDC Inmate No.)

Original & 2 coppies



FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

CHARLES W. BRADY _____ ,
(Enter full name of plaintiff in this action.)

                              Plaintiff,

   v.

J. VALENZULA, Sergeant _____ ,
T. MANNING, Sergeant _____ ,
L. LAM, Sergeant _____ ,
A. RODRIGUEZ, Officer _____ ,
S. VILLALOBOS, Nurse _____ ,
(Enter full name of each defendant in this action.)

                              Defendant(s).

Civil Case No. 08-0973-JAH (BLM)
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Charles W. Brady
                                                                    (print Plaintiff's name)
_____, who presently resides at 44750 60th Street West,
                                          (mailing address or place of confinement)
Lancaster, CA 93536 _____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Centinela
State Prison, Imperial County    on (dates) 11-28-07 , 11-28-07 , and 12-7-07 .
   (institution/place where violation occurred)          (Count 1)      (Count 2)      (Count 3)

§ 1983 SD Form
(Rev. 4/06)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **J. VALENZUELA** resides in **San Diego County**,
(name)                                                                    (County of residence)
and is employed as a **Correctional Sergeant**. This defendant is sued in
(defendant's position/title (if any))

his/her ⊠ individual ⊠ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: In reprisal to Plaintiffs freedom of speach of Sgt's Over-Familiarity Of Nurse at Clinic, Sgt. confronts Plaintiff then has subordinates assault Plaintiff While handcuffed & does not write excessive force or injuries in Report thats false.

Defendant **T. MANNING** resides in **San Diego County**,
(name)                                                                    (County of residence)
and is employed as a **Correctional Sergeant**. This defendant is sued in
(defendant's position/title (if any))

his/her ⊠ individual ⊠ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: While Plaintiff is handcuffed on ground, not resisting uses pepper spray On Plaintiff & Kicks in jaw & neck, & does not write excessive force or injuries in Report thats False & medical records prove injuries.

Defendant _____ resides in _____,
(name)                                                                    (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ⊠ individual ⊠ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: Slamed Plaintiff on ground by Sgt's Orders & held down Plaintiff handcuffed While another Sgt. Kicked in jaw & neck, & does not write excessive force or injuries in Report thats False & medical records prove injuries.

Defendant **S. VILLALOBOS** resides in **San Diego County**,
(name)                                                                    (County of residence)
and is employed as a **Correctional Nurse**. This defendant is sued in
(defendant's position/title (if any))

his/her ⊠ individual ▢ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: Filed out Medical Report to show no injuries & Incident Report does not Write excessive force or injuries thats False, & medical records prove injuries, & Witness all to conspire cover-up.

Defendant **R. LAM** resides in **San Diego County**,
(name)                                                                    (Count of Resident)
and is employed as a **Correctional Sergeant**. This defendant is sued in
his/her ⊠ individual ⊠ Official capacity. Explain how defendant was acting Under color of law: Plaintiff made aware of excessive force by staff & as reviewing Supervisor for Segregation placement signs document minimal impact & participates in comspiracy to cover consituents by signing Plaintiff resisted preparing False document.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Due Process hearing procedures, invalid conviction and Work good-time credit loss violating Fourteenth Amendment,

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 12-7-2007, I was given CDC 115 disciplinary and gave names of witnesses and requested witnesses present at hearing, and for witnesses statements; which was denied by Investigative Employee and Hearing Officer for I had been assaulted by Guards/constituents of I.E. and Hearing Officer and to cover assault/conspiracy Hearing Officer was partial and found guilty of disciplinary, and the conviction cause my earned Work Good-time sentence credit loss as a result of procedural misconduct, and partial Reviewer must invalidate convictions as for Fourteenth Amendment Due Process Clause, which I was denied right to appeal which falls under First Amendment, yet! has Due Process components of Fourteenth Amendment.

Count 2:  The following civil right has been violated: Relation to free speech to use

(E.g., right to medical care, access to courts,

use excessive force causing cruel and unusual punishment to First Amendment.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

On 11-28-2007, I and four inmate's went to medication call, and escorting Guard
States We "had not" go inside clinic tonight, and were taken to window, and
then inside clinic. I sat down and told attending Nurse, We could not come in
for Love nest c/o in here and LVN Nurse rubbing c/o's back, which c/o turns
around and its Sergeant/Lieutenant (A)cting VALENZUELA, who yells Brady
Shut the 'F'-up, and I yell back I'm not a Kid to tell shut up, I have free
Speech, sgt. comes to my face yelling, cussing, and I respond in similar
manner, and sgt. tells to shut-up, I state in old days men would talk
respectful or go out back to talk and work out problems. Sgt. tells
me to stand up and I comply, and then I'm escorted to Wall by clinic door by
c/o RODRIGUEZ and sgt. who tells me "to Kiss the wall" and I state I do no Kiss
Walls, sgt. tells c/o take him down, and c/o slamed me to ground and holds
left hand behind back, and sgt. MANNING steps on right hand with all his
weight, and the c/o pulls right hand to left and handcuffs, and sgt. MANNING
then Pepper Sprays in face, and Kicks me in jaw, and Kicks me in neck.
After I am decontaminated I am stripped Naked and I repeatly request to
see Watch Commander for I was in pain from assault. c/o's tell me
sgt. LAM is aware, which I am placed in segregation, and later given
disciplinary and found guilty of resisting.

<u>Count 3</u>:  The following civil right has been violated:  <u>Eight Amendment accessive force,</u>

(E.g., right to medical care, access to courts,

<u>Cruel and unusual punishment</u>                                    .

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On 11-28-2007, Sgt. LAM was aware of staff assaulting me and signs as Supervisor (X) No clothing after stripping naked, and staff necessitaing Use of force O.C. Pepper Spray, Yet! denies due process of writing the excessive force & injuries to me, violating State Law. Sgt. VALENZULA, Sgt. MANNING, C/o RIDRIGUEZ, Nurse, VILLALOBOS, all Omitted injuries, and Nurse on Medical Report, and all Wrote Incident Reports that were "false" and violated Due Process, by not reporting "excessive force used & injuries."

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: CHARLES W. BRADY

Defendants: Dr. ATTYGALA, M.D., et al.,

(b)  Name of the court and docket number: UNITED STATES CENTRAL DISTRICT No. CV-01-04549-CAS-5cE

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] dismissed and appealed, not pending.

(d)  Issues raised: Denial of medical care

(e)  Approximate date case was filed: 5-31-2001

(f)  Approximate date of disposition:

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): Vacate disciplinary and remove from C-File, and ajustment of point score, and Time work-good time credits restored.

    2. Damages in the sum of $ 2,000,000, jointly Compensative.

    3. Punitive damages in the sum of $ 1,000,000, each defendant

    4. Other: declaratory relief, and cost of suit, Attorney's fees, expert fees.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

July 22, 2008
_____
Date

_____
Signature of Plaintiff

1  Charles W. Brady, D46786
2  CSP-LAC, A4-#103
3  44750 60th Street West
   Lancaster, CA 93536
4      In Pro Per
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

Original & 2 coppies

10  CHARLES W. BRADY,                    /   No. CIV-08-0973-JAH (BLM)
11          Plaintiff,                   /
                                         /   FIRST AMENDED COMPLAINT
12      VS.                              /   (CIVIL RIGHTS) 1983
13  J. VALENZUELA, Sgt.,                 /   DEMAND FOR INJUNCTIVE AND
14  T. MANNING, Sgt.,                    /   DECLARATORY RELIEF AND
15  R. LAM, Sgt.,                        /   DAMAGES
16  A. RODRIGUEZ, Officer,               /
17  S. VILLALOBOS, LVN,                  /   Demand for Jury Trial
18  Centinela State Prison, et al.,      /
            Defendants.                  /
19  _____

20      Plaintiff Charles W. Brady alleges:
21          **I. INTRODUCTION**
22  **1.** This complaint challenges the decision, condition, action of the
23  Centinela State Prison, Officer, Sergeant's, Nurse, who retaliated for Plaintiffs
24  expression of First Amendment free speech, by using "Excessive Force" on
25  Plaintiff when at clinic violating Eighth Amendment, and placing Plaintiff
26  in segregation and giving disciplinary, which at disciplinary hearing Plaintiff
27  was denied witnesses, witnesses statements, procedural due process and the
23  finding of guilt of Plaintiff, which was "invalid" for hearing Lieutentant

page 1

1 was partial, and the guilt finding resulted in earned "Work Time credit
2 loss" causing a change of Plaintiffs "Release Date," which Plaintiff filed
3 prison grievance to receive 'No' response which medical records show
4 injuries. Plaintiff is transferred to another prison and files appeal for
5 medical injuries to be twice screened/procedually barred, and request copy of
6 final disposition of disciplinary from prison offical pursuant state law to
7 be denied, denying Fourteenth Amendment for hearing procedures, inmate
8 access documents and furthering First Amendment denial of right to petition
9 for redress of grievance, to cover affirmative acts and Omitting to
10 perform acts Defendant's were legally required to do that caused
11 deprivation of First, Eighth, Fourteenth Amendment U.S. Constitution.

## II. JURISDICTION

13 2. This Court has jurisdiction pursuant 42 U.S.C. § 1983, and 1343
14 and 1331, with pendent jurisdiction over all state law issues.

## III. PARTIES

16 3. Plaintiff Brady is prisoner of State incarcerated at California State
17 Prison Los Angeles County, and events described herein happen Centinela State
18 Prison Imperal County.
19 4. The Defendant(s) J. VALENZUELA ("VALENZUELA"), T. MANNING
20 ("MANNING"), A. RODRIGUEZ ("RODRIGUEZ"), S. VILLALOBOS ("VILLALOBOS"),
21 R. LAM ("LAM"), and each of them participated in assault of Plaintiff or
22 omitted to perform acts legally required for conspiracy to cover Plaintiffs
23 physical detriment they caused Eighth Amendment suffering, violation, in
24 response to First Amendment free speech, and concocted false disciplinary
25 where partial review at hearing found guilt that was invalid to cover his
26 constituents 8th Amendment violations without due process 14th Amendment, and
27 Appeals Coordinator(s) denied all chances to exhaust adiministative remedies as
28 required Prisoners Legislation Reform Act § 1915(e), and Court, thereby denying

page 2

1   1st Amendment right to petition for redress of grievance. Defendant(s)

2   VALENZUELA, MANNING, RODRIGUEZ, VILLALOBOS, LAM, each are sued in

3   their individual and Official Capacities.

4   ## STATEMENT OF FACTS

5   **5.** On November 28, 2007, Plaintiff and 4 inmate's were escorted to

6   Medication call, and (c/o) Correctional Officer stated we had not "better go

7   inside clinic tonight, and were taken to window, then c/o takes us inside

8   clinic, I sat down and stated to Nurse its a Love nest reason we could not

9   come in because a c/o in here and LVN Nurse rubbing c/o's back, which c/o

10  turns around and it's sergeant, VALENZUELA, who yells Brady shut the

11  "F" up and Plaintiff yells back I'm not a kid to tell shut up, I have free speech,

12  Sgt. then comes to Plaintiff face yells and cusses invectives, vituperatives,

13  and Plaintiff responds similar manner and told sgt. to shut up, Plaintiff

14  states in old days men would talk respectful or go out back to talk and

15  work out problems, sgt. states stand up, Plaintiff complies and is

16  escorted to clinic wall by door, and sgt. tells Plaintiff "Kiss the wall,"

17  Plaintiff states "I do not kiss walls," then sgt. tells c/o RODRIGUEZ take

18  him down, which Plaintiff is slamed to ground and c/o holds left hand

19  behind back, sgt. steps on right hand with all his weight, then c/o

20  pulls right hand to left and handcuffs, sgt. MANNING who had been on

21  Plaintiffs hand, then sprays OC MK9 Pepper Spray in Plaintiffs face,

22  the sgt. MANNING "kicks" Plaintiff in the jaw, then "kicks" in the neck.

23  **6.** On November 28, 2007, Plaintiff after decontamination, Plaintiff

24  is "stripped Naked" and requested several times to see "Watch Commander"

25  and was told sgt. R. LAM was aware and checked into assault by staff

26  Plaintiff spoke of, yet! Exhibit **1, 2,** shows sgt. LAM signs as Supervisor,

27  and participated to turn blind eye to Plaintiffs Eighth Amendment

23  violation, and violated Fourteenth Amendment due process by "not" reporting

page 3

1  excessive use of force and injuries, Title 15 #3268(a)(2), for #3268(a)(3).

2  **7.** On November 27, 2007, Plaintiff is placed in Segregation, Exhibit 3, by

3  Sgt. VALENUELA, who authors Incident Report's Exhibit's 4, 5, 5(a), 5(b),

4  5(c), 5(d), 5(e), 6, and writes "False Reports" Exhibit's 5 though 5(e), 6,

5  that no "use of force" was used, an no "injuries" for Sgt. participated

6  in Eighth Amendment assault by initiating staff, "take him down," and

7  omitted the excessive use of force, injuries, Violating Title 15 #3268.1(a),

8  (1), (2), and #3268(a)(3), Due Process of Fourteenth Amendment.

9  **8.** On November 27, 2007, Sgt. MANNING, at Exhibit 7, c/o RODRIGUEZ at

10  Exhibit's 8, 8(a), 9, and Nurse, VILLALOBOS at Exhibit's 10, 4, each

11  Defendant Wrote "False Reports" 'no' use of force was used, 'no' injuries,

12  for MANNING, RODRIGUEZ participated in 8th Amendment assault, and

13  VILLALOBOS omitted in medical Report, Exhibit's 4 and 10, the use of

14  excessive force, injuries, Violating Title 15 #3268(a)(3), #3268.1(a),

15  (1), (2), Due Process of Fourteenth Amendment.

16  **9.** On November 29, 2007, through December 7, 2007, Plaintiffs medical

17  records prove Defendant's did injure Plaintiff causing Physical and Mental

18  injuries, Exhibit's 11(B), 11(C), 11(D), 11(E), 11(F), Eighth Amendment violation.

19  **10.** On December 7, 2007, Plaintiff received CDC 115 disciplinary by Sgt.

20  VALENZUELA, Exhibit 12, for Resisting/Obstructing officer, which

21  Plaintiff requested Witnesses at Hearing and Witnesses statements, and

22  Were denied by Hearing Officer and Investigative Employee Participating in

23  conspiracy to cover constituents illegal acts, Violating Fourteenth Amendment

24  due process for witnesses Violating Wolff v. McDonnell, 418 U.S. 539, 94 S. ct.

25  2963 (1974); Ponte v. Real, 471 U.S. 491, 105 S.ct. 2192 (1985); Walker v. Summer,

26  F.3d 1415 (9th Cir. 1994), for Plaintiffs finding of guilt by partial Hearing

27  Officer, which invalidates guilt which denied Plaintiffs earned Work

23  Time Credits for release date, Edwards V. Balisok, 520 U.S. 641, 137 s.ct.1584(1997).

11. On January 2, 2008, or about Plaintiff filed 602 appeal, and on January 9, 2008, wrote Appeals Office for Log #number and received "No" response.

12. On January 16, 2008, Plaintiff was transferred from from Centinela State Prison, to (CSP-LAC) California State Prison Los Angeles County.

13. On February 28, 2008, Plaintiff filed appeal to see Doctor for "pain in Neck from use of force", and still in pain, Exhibit 13.

14. On March 20, 2008, Plaintiff another appeal for use of force to see a Doctor, and of "No" Log #number previous. appeal, Exhibit 13(A).

15. On April 11, 2008, Plaintiff received screening Exhibit 14, as DUPLICATE, Exhibit 13(A), Yet! 'No' response Exhibit 13, to date.

16. EXHAUSTION REQUIREMENT is required by The <u>Courts</u> and <u>PLRA</u>, and U.S. Congress, See <u>Booth v. Churner</u>, 532 U.S. 731, 128 S. ct. 1819, L. Ed. 2d (1983), which CDCR own Rules for Appeals Coordinator's state: (DOM) 54100.8, the decision should not be construed in any manner that would place **unreasonable** restraints on the inmate/parolee's right to appeal. The U.S. Supreme Court in, <u>Woodford v. Viet Mike Ngo</u>, 126 S. ct. 647, 163 L. Ed. 2d 525 (2005) Reversed & Remanded 6-22-2006, stated: CONCLUSIONS, Procedural default is not an inextricable element of PLRA's exhaustion requirement. If it were, prisoners access to Courts would be based on their ability to navigate minefields not whether their claims had any merit. Moreover prison administrators should be given incentive to fashion grievance procedures which defeat prisoners meritious claims. Defendant's cannot now claim Plaintiff Brady did not attempt exhaustion at more than one prison."

17.        FIRST CAUSE OF ACTION
        Invalidity of Time credit-loss and Due Process

page 5

1    In Edwards V. Balisok, 520 u.s. 641, 137 s. ct. 1584 (1997) u.s.

2  SUPREME COURT stated at — Summary — prisoner in action under 42 u.s.c. §1983

3  (1) requested (a) a declaration that the disciplinary proceeding had Violated

4  the prisoner's due process rights under the Federal Constitution's Fourteenth

5  Amendment, (b) compensatory and punitive damages for use of the allegedly

6  unconstitutional procedures, and (c) an injunction to prevent future

7  Violations; but (2) did not request restoration of loss credits. A Federal

8  Distral court — appealing the United States Supreme Court's opinion in

9  Heck v. Humprey (1994) 512 u.s. 477, 129 L. Ed 383, 114 s. ct. 2364, which

10  held that a state prisoner's claim for damages was not cognizable under

11  §1983 if a judgment in favor of the prisoner necessarily would imply the

12  invalidity of the prisoner's conviction or sentence, unless the prisoner

13  could demonstrate that the conviction or sentence previously had been

14  invalidated — expressed the view that a judgment in the prisoner's favor

15  would necessarily imply the invalidity of the disciplinary hearing and

16  the resulting sanctions, However, the District court, rather than

17  dismissing the §1983 action stayed the action pending the filing of a

18  state court action for restoration of the good-time credits. The

19  United States court of Appeals for the Ninth Circuit, reversing the

20  District court ruling as the cogniza bility, expressed the view that

21  a claim challenging only the procedures employed in a disciplinary

22  hearing was always cognizable under §1983

23    Edwards v. Balisok, — Headnotes —

24    Civil Rights §§34, 46-42 u.s.c. §1983-deprivation of
      Prisoner's good-time credits - damages

26  2. With respect to a claim under 42 u.s.c. §1983 by a state prisoner

27  whose sentence that results from a prison disciplinary hearing includes

23  deprivation of 30 days good-time credits, where the claim requests

page 6

1 damages for depriving the prisoner's good-time credits without the due
2 process rights guaranteed by the Federal Constitution's Fourteenth
3 Amendment, rather than for depriving the prisoner of good-time credits
4 underservedly as a substantive matter—that is to say, the claim posits
5 that the procedures are wrong, but not necessarily that the result is—
6 the ~~dist~~ distinction between these two sorts of claims is established in the
7 United States Supreme Court's case law, as is a plaintiff's entitlement
8 to recover at least nomainal damages under §1983 if the plaintiff proves
9 the former one without also proving the latter one.

10     Civil Rights § 46 - prison disciplinary hearing - Challenge Under
11     42 USC §1983

12 3a, 3b, With respect to U.S. Supreme Court's holding in <u>Heck v. Humphrey</u>
13 (1994) prisoner's claim for damages is not cognizable under §1983 if a
14 judgment in favor of the prisoner necessarily would imply the invalidity of
15 the prisoner's conviction or sentence, **unless the prisoner can demonstrate**
16 that the conviction or sentence previously has been invalidated—a claim seeking
17 damages only for using the wrong procedure, not for reaching the wrong result,
18 may in some circumstances be subject to the <u>Heck</u> limitations, which
19 envisions the possibility that the nature of the challenge to the procedure
20 coupled be such as necessarily to imply the invalidity of the judgment,
21 where the <u>Heck</u> decision gives a concrete example of a §1983 action
22 that does not seek damages directly attributable to convictions or
23 confinement but whose successful prosecution would necessarily imply
24 that a conviction was wrongful.

25     Plaintiff Brady enquivocally states witnesses, witnesses statements were
26 denied as procedures Title 15 #3315 (e); Penal Code §2932 (c); <u>Wolff, Ponte,</u>
27 <u>Walker,</u> supra, and these denied procedures caused conviction that was partial.

23

page 7

18.    SECOND CAUSE OF ACTION
Retaliation Claim

Under section 1983, liability may not be imposed on supervisory personnel for actions of their employees under theory of respondeat superior. When the named defendant holds a supervisorial position, the causual link between the defendant and the claimed constitutional violation must be specifically alleged, See Fayle v. Stapley, 607 F. 2d 858, 862 (9th Cir. 1979); Mosher v. Saalfeld, 589 F. 2d 438, 441 (9th Cir. 1978), cert. denied, 442 U.S. 941, 99 S. ct. 2883, 61 L. Ed. 2d 311 (1979). To state a claim for relief under section 1983 for supervisory liability, Plaintiff must allege some facts indicating that the defendant either: Knew of the violations and failed to act to prevent them; or promulgated or implemeted a policy so deficent that the policy "itself is a repudiation of constitutional rights' and is the moving force of the Constitutional violation." Hansen v. Black, 855 F. 2d 642, 646 (9th Cir. 1989); Taylor v. List, 880 F. 2d 1040, 1045 (9th Cir. 1989).

Defendant VALENZULA was Lieutenant (A)cting/sergeant, and for Plaintiff BRADY bringing up his Over-Familiarity with Nurse initiated assault, and Sgt. LAM knew of act and implemeted policy so deficent that is is repudiation of Constitutional violation done in Retaliation for exposure.

19.    THIRD CAUSE OF ACTION
Eighth Amendment Violation

" [W]henever prison officials stand accused of using excessive physical force in violation of the Cruel and Unusual Punishment Clause, the core judical inquiry is... Whether force was applied in a good-faith effort to restore discipline, or maliciously and sadistically to cause harm" Hudson v. McMillian, 503 U.S. 1, 6-7, 112 S. ct. 995, 117 L. Ed 2d 156 (1992). Plaintiff BRADY was handcuffed not resisting when Pepper sprayed

page 8

1  in face, kicked in jaw, kicked in neck, which was cruel and

2  unusal punishment meeting Eighth Amendment violation.

3      **20.** Defendant's VALENZUELA, MANNING, LAM, RODRIGUEZ,

4  VILLALOBOS, actions were unlawful, intentional, willful, malicous,

5  and/or done with reckless disregard to rights of Plaintiff BRADY's,

6  and gives legitimacy to continual Eighth Amendment violation of reports,

7  for First Amendment reprisal of freedom of speech, with denial of due

8  process of hearing procedures that was wrong, and should invalidate

9  Plaintiffs conviction as not being cognizable under Fourteenth Amendment.

10      **21.** Plaintiff realleges each and every allegation of paragraphs **1.** through **20.**

                                **PRAYERS FOR RELIEF**

11

12  Wherefore, the Court should ORDER disciplinary vacated and removed from

13  Plaintiff's C-File, and Point score adjustment, and Time credits restored.

14      **A.** Grant plaintiff Damages for Liability, Obligation, Detriment, Future

15  Detriment, Emotional stress, Mental Anguish, at individual and Official

16  capacities, jointly and severly for Compensation in amount $2,000,000.

17      **B.** Grant Plaintiff Punitive Damages in amount "each" Defendant

18        for $1,000,000;

19      **C.** For declaratory relief;

    **D.** For ORDER granting such other injunctive relief as may be appropriate;

20

21      **E.** For reasonable attorney's fees and cost of suit, including expert

22  fees, pursuant 42 U.S.C. §12205, 29 U.S.C. §2617(a)(3), Cal. Civil Code §52(a), 54.(3)a,

23  55 Cal. Code of Civil Procedures § 1021.5, and other laws;

24      **F.** For such other and futher relief the Court deem just and proper.

25  Dated: <u>July 22, 2008.</u>

                              Respectfully submitted

26

27                              *Charles W. Brady*

23                              Charles W. Brady
                            Plaintiff

# VERIFICATION

I Charles W. Brady, state:

I am the Plaintiff for FIRST AMENDED COMPLAINT. I have read the foregoing Complaint and the facts, stated therein are true of my own knowledge, except as to matters that are stated on information and belief, and as to those matters I believe to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at California State Prison Los Angeles County, Dated: July 22, 2008.

Charles W. Brady

Page 10

1    **PROOF OF SERVICE BY MAIL**

2    **(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)**

3

4    I, Charles W. Brady, hereby declare that I am over the age of 18, I am the

5    petitioner in the above-entitled cause of action, and my legal mailing address CSP/LAC – A 4-

6    #103, P.O. BOX 8457, Lancaster, CA 93539-8457.

7    On July 22, 2008, I delegated to prison officials the task of mailing, via the

8    institution's internal mail system (*Houston v. Lack*, 487 US 266 [101 L.Ed.2d 245; 108 S.Ct.

9    2379] (1988)), the below entitled legal document(s):

10    FIRST AMENDED COMPLAINT

11

12

13

14

15    by placing said documents in a properly addressed and sealed envelope, with postage fully pre-

16    paid, in the United States Mail, deposited in the manner provided by CSP/LAC, and addressed

17    as follows:

18    UNITED STATES DISTRICT COURT

19    SOUTHERN DISTRICT OF CALIFORNIA

20    CLERK OF COURT

21    880 Front Street, Rm. 4290

22    San Diego, CA 92101-8900

23    I further declare under penalty of perjury that the foregoing is true and correct to the best

24    of my knowledge. Executed this Tues day of July 22 200 8 at California State

25    Prison – Los Angeles County.

26

27

28    Charles W Brady

Exhibit 1

HOLDING CELL LOG SHEET

DATE: 11/28/07     TIME: 2100     CEN: FCP-07-11-0357 PAGE: 1 OF: 1

INMATE NANME: Brady     CDC # S-46786 HOLDING CELL #: 1

REASON FOR PLACEMENT: Ad Seg placement

HOLDING CELL SEARCHED BY: Rodriguez, S.     _____

PRINT NAME                                    SIGNATURE

_____                              _____

PRINT NAME                                    SIGNATURE

CLOTHING ISSUED?  YES ( )     NO (✓)     N/A ( )

THE INMATES WELFARE WILL BE CHECKED EVERY FIFTEEN MINUTES. THE INMATE WILL BE ALLOWED ACCESS
TO WATER AND TOILETS FACILITIES UPON REQUEST IN KEEPING WITH SECURITY NEEDS.

| TIME CHECKED | PRINT STAFF NAME | SIGNATURE | COMMENTS |
|---|---|---|---|
| 1. 2100 hrs. | S. Rodriguez | | OK |
| 2. 2115 hrs. | S. Rodriguez | | OK |
| 3. 2130 hrs. | S. Rodriguez | | Standing |
| 4. 2145 hrs. | S. Rodriguez | | OK |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

STAFF RELEASING INMATES FROM HOLDING CELL: S. Rodriguez     _____

PRINT NAME                                    SIGNATURE

_____                              _____

PRINT NAME                                    SIGNATURE

TIME RELEASED FROM HOLDING CELL: 2200 hrs.     TOTAL TIME IN CELL: 1 hour

SUPERVISORY REVIEW: _____

PRINT NAME          SIGNATURE          TITLE

MANAGER'S APPROVAL IF FOUR HOUR TIME LIMIT IS EXCEEDED:

_____     _____     _____

PRINT NAME          SIGNATURE          TITLE

REASON FOR EXCEEDING TIME LIMIT: _____

_____

WEEKLY REVIEW OF HOLDING CELL LOG BOOK BY FACILITY CAPTAIN: _____     DATE: _____

NOTE:  ALL LINES WILL BE COMPLETELY FILLED OUT.  IF NOT APPLICABLE PUT N/A.

Exhibit 2    Exhibit 1

# NOTICE OF UNUSUAL OCCURRENCE

[X] INITIAL REPORT                               [ ] CLOSURE

Date: 11-28-07                          Time: 2025 HOURS

Location: FACILITY 'C'                  Report Submitted By: SERGEANT R. LAM

                                        AOD Notified By: WATCH COMMANDER

Subject: USE OF FORCE WITH O.C.

---

Staff Involved: FACILITY C STAFF

Inmates Involved: (Principles Only)

Name: BRADY        Number: D-46786        Cell Number: C3-139U    Ethnic: BLACK

Name:              Number:                Cell Number:            Ethnic:

Name:              Number:                Cell Number:            Ethnic:

Name:              Number:                Cell Number:            Ethnic:

Synopsis of Events:

On 11-28-07, at approximately 2025 hours, Inmate BRADY became resistive towards Facility 'c'
Staff necessitating the Use Of Force and O.C. Spray.

(Synopsis should be brief and concise. Please limit to fifty (50) words or less when possible)

Action Taken:

Inmate BRADY was subdued with the use of O.C. Spray. I/M BRADY was decontaminated and medically
evaluated before being rehoused in C6-111L Ad/Seg.

Evaluation of Situation:

MINIMAL IMPACT TO PROGRAM.

[X] This N.O.U.O. is closed by this report        [ ] This N.O.U.O. requires follow up closure

DISTRIBUTION:    Warden                           Associate Warden-Business Services
                 Chief Deputy Warden              Correctional Captain
                 Associate Warden-Central Services  Facility Captains - A.B.C.D
                 Associate Warden-Housing          Watch Office

DISTRIBUTION:
WHITE - CENTRAL FILE    CANARY - WARDEN
BLUE - INMATE (2ND COPY)    PINK - HEALTH CARE MGR
GREEN - ASU    GOLDENROD - INMATE (1ST COPY)

## CENTINELA STATE PRISON

| INMATE'S NAME | CDC NUMBER |
|---|---|
| BRADY | D-46786 |

### REASON(S) FOR PLACEMENT (PART A)    C3-139U

[x] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: On 11-28-07, at approximately 2025 hours, you, Inmate BRADY, D-46786, are being placed in Administrative Segregation due to YOUR RESISTING STAFF RESULTING IN THE USE OF FORCE/O.C. Based upon the aforementioned, your continued presence within the General Population of Facility "C" is deemed a threat to the safety and security of this institution. Additionally, you are being placed in Administrative Segregation pending administrative review for appropriate housing needs. Your privilege group, custody level, credit earning status and visiting privileges are subject to change as a result of this placement, ordered by J. Valenzuela , Facility "C" Lt. (A)

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:   / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 11-28-07 | J. Valenzuela | | Lieutenant (A) |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | | |

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

#### IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES | [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | |

Any "NO" requires SA assignment      Any "NO" may require IE assignment

[ ] NOT ASSIGNED      [ ] NOT ASSIGNED

#### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE    | INMATE SIGNATURE | DATE |

#### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

Exhibit 4

MAY line

# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle)  USE OF FORCE / INJURY / UNUSUAL OCCURRENCE | ON THE JOB INJURY  (PRE AD/SEG ADMISSION) | DATE |
|---|---|---|---|---|
| Centinela | B Clinic | | | |

| THIS SECTION FOR INMATE ONLY | NAME    LAST    Brady    FIRST    Craig-D | CDC NUMBER  D40710 | HOUSING LOC.  C2-139 | NEW HOUSING LOC. |
|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME    LAST    FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME    LAST    FIRST    MIDDLE | DOB | OCCUPATION | |
| | HOME ADDRESS    CITY    STATE    ZIP | | HOME PHONE | |

| PLACE OF OCCURRENCE  Fac C Clinic | DATE/TIME OF OCCURRENCE  1/28/07 | NAME OF WITNESS(ES) | | |
|---|---|---|---|---|
| TIME NOTIFIED  2110 | TIME SEEN  2110 | ESCORTED BY | MODE OF ARRIVAL (circle)  LITTER    WHEELCHAIR  AMBULATORY    ON SITE | AGE | RACE  Black | SEX  M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

N/A

| INJURIES FOUND?    YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| | |
|---|---|
| O.C. SPRAY EXPOSURE?    YES / NO | |
| DECONTAMINATED?    YES / NO | |
| Self-decontamination instructions given?    YES / NO | |
| Refused decontamination?    YES / NO | |
| Q 15 min. checks | |
| Staff issued exposure packet?    YES / NO | |
| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |

| TIME/DISPOSITION  2110 RTC | REPORT COMPLETED BY/TITLE    (PRINT AND SIGN)  8/7/10 M.Dolan    S.Kcoreman | BADGE #  — | RD |
|---|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - CUSTODY    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coord (only work related injury)

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (REV. 10/06)

| Page 1 of 6 | INCIDENT LOG NUMBER CEN-FCP-07-11-0357 | INCIDENT DATE 11/28/2007 | INCIDENT TIME 20:25 |
|---|---|---|---|

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD/SEG YARD | USE OF FORCE: |
|---|---|---|---|---|---|---|---|
| CEN | FCP - FACILITY C | ☐ I ☐ II ☐ RC ☐ III ☑ IV | MEDICAL CLINIC | MEDICAL CLINIC | GP | N/A | Yes |

| SPECIFIC CRIME / INCIDENT | ☑ CCR ☐ PC ☐ N/A NUMBER / SUBSECTION |
|---|---|
| Force or Violence - Resisting and/or Obstructing a Peace Officer, Resulting in Use of Force | 3005-c1 Force or Violence |

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO/AA NOTIFIED |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No |

## RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A <br><br> Other Desc: |

| SERIOUS INJURY | INMATE WEAPONS | TYPE OF WEAPON / SHOTS FIRED / FORCE |
|---|---|---|
| ☑ N/A | ☑ N/A | ☐ N/A <br> 1. OC - MK-9 <br> #Warning: 0 #Effect: 0 #Chemical: 1 |

| ESCAPES | | |
|---|---|---|
| ☑ N/A | | |

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A <br><br><br><br> EXTRACTION: <br> ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)

On November 28, 2007 at approximately 2025 hours Inmate BRADY, D46786, resisted staff while being escorted out of the Facility C medical clinic resulting in the use of physical force and OC.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) J. VALENZUELA | TITLE CORRECTIONAL SERGEANT | ID# | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE 11/28/2007 |
| NAME OF WARDEN / AOD (PRINT/ SIGN) V.M. ALMAGER | 4 | TITLE WARDEN | DATE 11-29-07 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DV-1.5.3

| | | INCIDENT LOG NUMBER |
|---|---|---|
| | Page 2 of 6 | CEN-FCP-07-11-0357 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CEN | FCP - FACILITY C | 11/28/2007 | 20:25 |

TYPE OF INFORMATION:

☑ SYNOPSIS/SUMMARY OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT

On Wednesday, November 28, 2007, at approximately 2025 hours Inmate BRADY, D46786, was being escorted to the Facility C medical clinic. BRADY entered the medical clinic and saw J. Valenzuela, Lieutenant (A,) inside the clinic and stated in a loud boisterous manner "That's why we can't come into the clinic because Sergeant Valenzuela is with his love nest." Sergeant Valenzuela told BRADY to be quiet and not to be disrespectful. BRADY then yelled out "Fuck you Sergeant Valenzuela, You are a fucken bitch and you can't make me be quiet". Sergeant Valenzuela ordered BRADY to be quiet or he would be escorted out of the Medical clinic. BRADY continued being loud and disrespectful. Officer A. Rodriguez order inmate BRADY to walk out of the Medical Clinic. Brady stood up from the vitals chair and refused to exit the clinic. Officer A. Rodriguez took hold of BRADY'S right arm and Sergeant Valenzuela took hold of his left arm. Brady then started walking out of the clinic. BRADY then stated "You are a bitch and a coward we could settle this the old school way, I'll take you to the back and kick your fucken ass". Once out of the clinic BRADY became resistive. BRADY raised his arms up braking away from the escort and turned to face Officer A. Rodriguez and Sergeant J. Valenzuela. A. Rodriguez order BRADY to get down BRADY refused. A. Rodriguez took hold of BRADY'S left arm and Sergeant Valenzuela took hold of the right arm. Both A. Rodriguez and J. Valenzuela pulled BRADY to the ground and order him to get down and to stop resisting. BRADY placed his arms underneath his chest and refused to place his hands behind his back to be place in handcuff. Sergeant T. Manning responded and sprayed BRADY with OC. BRADY then complied and allowed A. Rodriguez to place him in handcuff. Officer S. Rodriguez escorted BRADY to the yard mister for decontamination of the effects of OC and to the Medical Clinic for medical evaluation. BRADY was Medical cleared and placed in Administrative Segregation C6.

ALARM:
LVN S. Villalobos activated the medical clinic alarm.

USE OF FORCE:
Correctional Sergeant J. Valenzuela used physical force
Correctional Sergeant T. Manning used MK9 OC.
Correctional Officer A. Rodriguez used physical force

SUSPECT:
BRADY D46886 C3-139L

WITNESS:
LVN Villalobos

EVIDENCE:
No evidence collected as a result of this incident.

SEARCHES:
Officer A. Rodriguez conducted a cloth body search prior to inmate BRADY being escorted to the yard misters for decontamination with negative results for weapons or contraband. Officer S. Rodriguez searched holding cell #1 prior to placing BRADY in the holding cell.

ESCORTS:
Officer S. Rodriguez escorted BRADY to the yard misters for decontamination then to the medical clinic for medical evaluation and finally to C6.

HOLDING CELL:
BRADY was placed in holding cell #1. Holding cell log was started and completed by Officer S. Rodriguez.

DECONTANINATION:
BRADY was escorted to the yard mister where he decontaminated with cool running water for approximately 15

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE: | ID# | BADGE # |
|---|---|---|---|
| J___ VALENZUELA | CORRECTIONAL SERGEANT | | |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE 11/28/2007 |
| NAME OF WARDEN / AOD (PRINT/ SIGN) V.M. ALMAGER | | TITLE WARDEN | DATE 11-29-07 |

STATE OF CALIFORNIA
CRIME/INCIDENT REPORT
PART A1 - SUPPLEMENT
CDCR 837-A1 (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DV-1.5.3

Case 3:08-cv-00873-JAH-BLM  Document 2 (6)  Filed 07/28/2008   Page 25 of 43

| | | Page 3 of 6 | INCIDENT LOG NUMBER |
|---|---|---|---|
| | | | CEN-FCP-07-11-0357 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CEN | FCP - FACILITY C | 11/28/2007 | 20:25 |

TYPE OF INFORMATION:

☑ SYNOPSIS/SUMMARY OF INCIDENT  ☐ SUPPLEMENTAL INFORMATION  ☐ AMENDED INFORMATION  ☐ CLOSURE REPORT

minutes.

**MEDICAL:**
LVN Villalobos completed a 7219 Medical Report of Injury or Unusual Occurrence on BRADY. This report indicates the following; OC exposure.

**VIDEOTAPE INTERVIEW OF INMATE:**
Videotape interview was not necessary. There was no significant head injuries or allegations of unnecessary/excessive use of force.

**NOTIFICATIONS:**
The following Administrative staff was notified: E. Vargas, Watch Commander and  A. Hernandez, Facility C Captain.

**CCPOA:**
No need to notified CCPOA

**CONCLUSION:**
BRADY was issue Rule Violation Report, Log # FC-07-11-045 for violation of CCR, Title 15, Section 3005 (c) , specifically Resisting staff resulting in the use of force.

Inmate BRADY was rehoused in C6-111L, Ad-Seg

This matter will not be referred to the Imperial County District Attorney's office for possible felony prosecution

There were no shots fired.

There were no injuries to staff.

There were no injuries to inmate other than OC exposure.

There was no damage to state property.

You will be apprised of any developments via supplemental reports.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE: | ID# | BADGE # |
|---|---|---|---|
| J█████ VALENZUELA | CORRECTIONAL·SERGEANT | | |

| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE |
|---|---|---|---|
| | | | 11/28/2007 |

| NAME OF WARDEN / AOD (PRINT/ SIGN) | | TITLE | DATE |
|---|---|---|---|
| V.M. ALMAGER | 4 | WARDEN | 11-29-07 |

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (REV. 10/06)

DV-1.5.3

| Page 4 of 6 |
| --- |

| INSTIUTTION | FACILITY | | INCIDENT LOG NUMBER |
| --- | --- | --- | --- |
| CEN | FCP - FACILITY C | | CEN-FCP-07-11-0357 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BRADY | | CHARLES | | NMI | D-46786 | M | BLA | | | A08001129 |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE RECD BY CDC | DATE RECD BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SUSPECT | 133 | NO | 05/10/1987 | 05/07/2007 | 12/21/2008 | EPRD | NO | 04/17/1956 | C6-111L |

| CURRENT INMATE LEVEL | ☑ N/A | ☐ CCCMS | ☐ EOP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
| --- | --- | --- | --- | --- | --- | --- |
| IV | ☐ MHCB | ☐ DDP | ☐ DPP | | TRANS/SELL CS | SAN DIEGO |

☑ N/A    DESCRIPTION OF INJURIES. LOCATIONS AND CAUSE

| ☐ N/A | ☑ TREATED AND RELEASED | ☐ HOSPITALIZED | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
| --- | --- | --- | --- |
| ☐ DECEASED DATE | | ☐ REFUSED TREATMENT   ☐ N/A | FACILITY C CLINIC |

| Reason For Death: | Is There ASCA Selous Injury ☑ N/A   PRISON GANG / DISRUPTIVE GROUP    VALIDATED / ASSOCIATED |
| --- | --- |
| | ⦿ No   ○ Yes |

# CRIME / INCIDENT REPORT

## PART B2 - STAFF
CDCR 837-B2 (REV. 10/06)

Page 5 of 6

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CEN | FCP - FACILITY C | CEN-FCP-07-11-0357 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MANNING | | A | CORRECTIONAL SERGEANT | M | WHI | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| RESPONDER | | | | C YD/DIN SGT |

☑ N/A   DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

☑ N/A   NAME/ LOCATION OF HOSP/ FACILITY

Reason For Death

☑ N/A   ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASED   ☐ HOSPITALIZED   ☐ DECEASED DATE

Is There ASCA Serious Injury   ◉ No   ○ Yes

USED FORCE   ☐ Yes   ☑ No   TYPE OF FORCE:

PROCESSED EVIDENCE   ☐ Yes   ☑ No

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| VALENZUELA | | B | CORRECTIONAL SERGEANT | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| PRIMARY | | | | C PROGRAM SGT |

☑ N/A   DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

☑ N/A   NAME/ LOCATION OF HOSP/ FACILITY

Reason For Death

☑ N/A   ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASED   ☐ HOSPITALIZED   ☐ DECEASED DATE

Is There ASCA Serious Injury   ◉ No   ○ Yes

USED FORCE   ☑ Yes   ☐ No   TYPE OF FORCE: PHYSICAL FORCE

PROCESSED EVIDENCE   ☐ Yes   ☑ No

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RODRIGUEZ | | NMI | CORRECTIONAL OFFICER | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| PRIMARY | | | | C DIN-OBS |

☑ N/A   DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

☑ N/A   NAME/ LOCATION OF HOSP/ FACILITY

Reason For Death

☑ N/A   ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASED   ☐ HOSPITALIZED   ☐ DECEASED DATE

Is There ASCA Serious Injury   ◉ No   ○ Yes

USED FORCE   ☑ Yes   ☐ No   TYPE OF FORCE: PHYSICAL FORCE

PROCESSED EVIDENCE   ☐ Yes   ☑ No

**CRIME / INCIDENT REPORT**
**PART B2 - STAFF**
CDCR 837-B2 (REV. 10/06)

DV-1.5.3

Page 6 of 6

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CEN | FCP - FACILITY C | CEN-FCP-07-11-0357 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RODRIGUEZ | | L | CORRECTIONAL OFFICER | M | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| RESPONDER | | | | C INSIDE PATROL |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A            ☐ TREATED AND RELEASED<br>☐ REFUSED TREATMENT  ☐ HOSPITALIZED<br>☐ DECEASED DATE | USED FORCE<br>☐ Yes ☑ No | PROCESSED EVIDENCE<br>☐ Yes ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ◉ No  ○ Yes | TYPE OF FORCE: | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| VILLALOBOS | | M | LICENSED VOCATIONAL NUR | F | HIS | |

| PARTICIPANT | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| WITNESS | N/A | | N/A | FAC C LVN |

☑ N/A    DESCRIPTION OF INJURIES, LOCATION AND CAUSE:

| ☑ N/A    NAME/ LOCATION OF HOSP/ FACILITY | ☑ N/A            ☐ TREATED AND RELEASED<br>☐ REFUSED TREATMENT  ☐ HOSPITALIZED<br>☐ DECEASED DATE | USED FORCE<br>☐ Yes ☑ No | PROCESSED EVIDENCE<br>☐ Yes ☑ No |
|---|---|---|---|
| Reason For Death | Is There ASCA Serious Injury  ◉ No  ○ Yes | TYPE OF FORCE: | |

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT

| | | | |
|---|---|---|---|
| | | Page 1 of 1 | **INCIDENT LOG NUMBER** CEN-FCP-07-11-0357 |

CDCR 837-C (REV. 10/06)

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| VALENZUELA | | B | 11/28/2007 | 20:25 |

| POST # | POSITION C PROGRAM SGT | YEARS OF SERVICE YR.   O. | DATE OF REPORT 11/28/2007 | LOCATION OF INCIDENT MEDICAL CLINIC |
|---|---|---|---|---|

| RDO's | DUTY HOURS 14:00-22:00 | DESCRIPTION OF CRIME / INCIDENT Force or Violence - Resisting and/or Obstructing a Peace Officer, Resulting in Use of Force | CCR SECTION / RULE 3005-c1 Force or Violence |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| PRIMARY | (S) T. MANNINS SGT (S) A. RODRIGUEZ OFFICER (S) S. RODRIGUES OFFICER (S) S. VILLALOBOS LVN | (S) BRADY D46786 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|
| CHEMICAL | ☑ N/A **FORCE:** ☐ EXPANDABLE BATON ☐ PHYSICAL FORCE ☐ X10 | **WEAPON** ☐ MINI 14 ☐ .38 CAL ☐ 9MM ☐ SHOTGUN | **WARNING** _____ **EFFECT:** _____ **LAUNCHER:** ☐ 37MM ☐ L8 ☐ 40MM ☐ 40 MM MULTI ☐ HFWRS **EFFECT#** | **CHEMICAL/ TYPE:** ☑ N/A ☐ OC ☐ CN ☐ CS ☐ OTHER |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☑ No | ☑ N/A | ☑ N/A | ☐ Yes ☑ No | ☐ Yes ☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3087 COMPLETED |
|---|---|---|---|---|
| ☐ Yes ☑ No | ☑ N/A | ☑ N/A | ☑ N/A DESC: | ☐ Yes ☑ No |

**NARRATIVE:**

On November 28, 2007 at approximately 2925 hours I was in the Facility C medical clinic supervising the escort of inmate into the clinic for medication issuance. Officer A. Rodriguez was escorting inmate BRADY D46786 into the clinic. BRADY saw me in the clinic and stated in a loud boisterous manner" That's why we can't come inside the clinic the fucken Sergeant is with his love nest." I instructed BRADY to be quiet and not to be disrespectful. BRADY then stated "Fuck you Sergeant Valenzuela, You fucken bitch. You cant make me be quiet." I order BRADY to be quiet or I will have him escorted out of the clinic. BRADY continued to be loud and disrespectful. Officer A. Rodriguez order BRADY to stand up and walk out of the clinic. BRADY stood up but refuse to walk out stating "You are a bitch and a coward, we can settle this the old school way. I'll take you to the back and kick your fucken ass".I took hold of BRADY'S left arm and A Rodriguez took hold of his right arm. I order BRADY to walk, he then started walking out of the clinic. As we escorted BRADY out of thee clinic he resisted by raising his arms up braking away from the escort and turned to face us. Officer A. Rodriguez took hold of BRADY'S left arm and I took hold of his right arm and we pulled him to the ground into a prone position. BRADY placed his hands underneath his chest and continue to resist. Sergeant T. Manning responded and sprayed BRADY with OC. BRADY then complied and was place in handcuffs. I instructed Officer S. Rodriguez to escort BRADY to the yard misters for decontamination and the medical clinic.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Sergeant | | BADGE # | ID# | DATE 11/29/2007 |
|---|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) JESUS JUAREZ CORRECTIONAL LIEUTENANT | DATE RECEIVED 11/29/2007 | APPROVED ☑ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☑ No | | DATE 11/29/2007 |

STATE OF CALIFORNIA      Exhibit F      DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (REV. 10/06)

| | | | | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| Page 1 of 1 | | | | CEN-FCP-07-11-0357 |

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| MANNING | | A | 11/28/2007 | 20:25 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| | C YARD SGT | YR.    MO. | 11/28/2007 | C MEDICAL CLINIC |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| | 14:00-22:00 | Force or Violence - Resisting Peace Officer In Performance of Duties, Resulting in Use of Force | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| RESPONDER | SGT. J. VALENZUELA<br>C/O A. RODRIGUEZ | BRADY D46786 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|
| PHYSICAL | [✓] N/A | | | CHEMICAL/ TYPE: |
| | **FORCE:** | **WEAPON**   **WARNING EFFECT:** | **LAUNCHER:**   **EFFECT#:** | [✓] N/A |
| | [ ] EXPANDABLE BATON | [ ] MINI 14 | [ ] 37MM | [X] OC   MK9 |
| | [ ] PHYSICAL FORCE | [ ] .38 CAL | [ ] L8 | [ ] CN |
| | [ ] X10 | [ ] 9MM | [ ] 40MM | [ ] CS |
| | | [ ] SHOTGUN | [ ] 40 MM MULTI | [ ] OTHER |
| | | | [ ] HFWRS | |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| [ ] Yes<br>[✓] No | [✓] N/A | [✓] N/A | [ ] Yes<br>[✓] No | [ ] Yes<br>[✓] No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| [ ] Yes<br>[✓] No | [✓] N/A | [✓] N/A | [✓] N/A<br>DESC: | [ ] Yes<br>[✓] No |

**NARRATIVE:**

On 11-28-2007 at approximately 2025 hours while performing my duties as C Yard Sergeant. I responded to a incident at C Medical Clinic where Inmate BRADY,C CDC#D46786 was being verbally abusive and threatening staff. As I arrived at the scene I heard inmate BRADY say to Sgt. J. Valenzuela "You're a Punk and we can take this into the back and handle this old school style." Inmate BRADY was refusing to exit the medical clinic and staff attempted to escort him outside. Inmate BRADY became physically resistive by trying to pull away from staff. Staff continued to escort him outside of the clinic where they got him onto the ground and attempted to put handcuffs onto him. Inmate BRADY continued to resist by pulling his arms tight under his body. I told inmate BRADY to quit resisting or I will have to use spray him (OC). Inmate BRADY continued to resist and I utilized my OC MK9 with 1, ½ second burst right on face area. C/O Rodriguez applied handcuffs onto inmate BRADY.

[ ] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| *Manning* | Correctional Sergeant | | | 11/28/2007 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| J Valenzuela SGT | 11-28-07 | [X] Yes [ ] No | [ ] Yes [X] No | 11/28/07 |

Exhibit 8

STATE OF CALFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT

CDCR 837-C (REV. 10/06)

Page 1 of 2

| INCIDENT LOG NUMBER |
|---|
| CEN-fcP-07-11-0357 |

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| ~~Rodriguez~~ | L | | 11/28/07 | 2025 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| | C-yard Dinning gun | YR. | MO. | 11/28/07 | C-yard Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT Resisting Staff | CCR SECTION / RULE |
|---|---|---|---|
| | 14-22 | Resisting staff resisting in use of force and D.C | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES |
|---|---|---|
| ☒ PRIMARY | (S) Sgt. Valenzuela | (S) Brady      D-46786 |
| ☐ RESPONDER | (S) Sgt. Manning | |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |
| ☐ SCRIBE | | |

| FORCE USED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | |
|---|---|---|---|---|
| ☒ N/A | WEAPON | WARNING EFFECT: | LAUNCHER: EFFECT#: | CHEMICAL/ TYPE: |
| ☐ WEAPON | ☐ MINI 14 | | ☐ 37MM | ☐ N/A |
| ☒ PHYSICAL | FORCE: | | ☐ L8 | ☐ OC |
| ☐ CHEMICAL | ☐ EXPANDABLE BATON | | ☐ 40MM | ☐ CN |
| ☐ NONE | ☐ PHYSICAL FORCE | | ☐ 40 MM MULTI | ☐ CS |
| | ☐ X10 | | ☐ HFWRS | ☐ OTHER |

| FORCE OBSERVED BY YOU | | | | |
|---|---|---|---|---|
| ☐ WEAPON | | | | |
| ☒ PHYSICAL | EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD | PPE |
| ☒ CHEMICAL | ☒ N/A | ☒ N/A | ☐ Yes | ☐ Yes |
| ☐ NONE | | | ☒ No | ☒ No |

| EVIDENCE COLLECTED BY | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A | ☐ Yes |
| ☒ No | | | ☐ UNKNOWN | ☒ No |
| REPORTING STAFF INJURED | | | ☐ OTHER | |
| ☐ Yes | | | | |
| ☒ No | | | | |

NARRATIVE:

On 11-28-07 at approximatly 2025 hrs I CO. A.M. Rodriguez was working as C-yard dinning gun. I escorted Inmate Brady and three other Inmates to C-yard clinic. I told the inmates to stand along side the fence till I cleared the clinic. I escorted the inmates inside Put Them in the holding cell and Inmate brady sat down on the chair to have his blood pressure checked. Inmate brady started yelling "That's why we can't come inside the fucken sergent is with his love nest." Sergent Valenzuela told Inmate brady to quiet down and not be disrespectful. Inmate brady commenced to get loud and say "fuck you sergent Valenzuela, your a fucken bitch you can't make me be quiet". Sergent Valenzuela told him Agine to be quiet or well escort him back to his cell. Inmate brady continued to yell "Fuck-you bitch you can't Tell me to be-quiet. I ordered Inmate brady To stand-up and continued to be loud and disrespectful. Inmate brady told sergent Valenzuela

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID# | DATE 11/28/07 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED ☒ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☒ No | DATE 11-28-07 |
| J Valenzuela Sgt | 11-28-07 | | | |

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PARTC1 - SUPPLEMENT**
CDCR 837-C1 (REV. 10/06)

| | |
|---|---|
| Page 2 of 2 | INCIDENT LOG NUMBER<br>CEN-fcp-07-11-0357 |

NAME LAST: Rodriguez   FIRST: [redacted]   MI: M

TYPE OF INFORMATION
☑ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

"Your a bitch and a coward we could settle this
the old school way ill take you to the back and
ill kick your fucken ass" Sgt. Valenzuela your a coward and
a bitch". I ordered Brady to walk out of the clinic
Brady Refused to walk out. I took hold of Inmate
Brady Right arm and Sgt. Valenzuela took hold of
Brady left arm and ordered him to walk out
Brady started to walk out, As we escorted Brady
out of the clinic Brady turned and raised
his arms which caused me to let go of his
arms. I ordered inmate brady to get down.
Here I used I then grabbed his left arm and Sgt
Valenzuela grabbed his other arm and placed him
on the ground. Brady tucked his arms underneath
his chest and refused to comply with my orders to
cuff-up. He continued to call Sgt. Valenzuela a
"bitch" a "Pussy" and a "mother fucker". I tried to
grab his arms from underneath his chest he
continued to twist and turn his body. Sgt Manning
Then sprayed Brady in the face with O.C. I was
then able to grab his arms and hand-cuff him
Inmate brady. I conducted a clothed body
search with negative results.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| [signature] | C/O | [redacted] | 11-28-07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Valenzuela Sgt [signature] | 11-28-07 | ☑ Yes ☐ No | ☐ Yes ☑ No | 11-28-07 |

Exhibit 9

STATE OF CALFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (REV. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INCIDENT LOG NUMBER |
| --- |
| Cen-FCP-07-11-0357 |

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
| --- | --- | --- | --- | --- |
| Rodriguez | | | 11/28/07 | 2025 hrs |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
| --- | --- | --- | --- | --- |
| | C I P | YR. ___ MO. ___ | 11/28/07 | C Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
| --- | --- | --- | --- |
| | 1400/2200 | Resisting staff resulting in use of force O.C | 3005 (C) |

**YOUR ROLE** — WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) — INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)

YOUR ROLE:
- ☐ PRIMARY
- ☐ RESPONDER
- ☒ WITNESS
- ☐ VICTIM
- ☐ CAMERA
- ☐ SCRIBE

(A) Lt. Valenzuela
C/O A. Rodriguez
LVN Villalobos

Brady D-46786

**FORCE USED BY YOU** — TYPE OF WEAPON / SHOTS FIRED / FORCE

FORCE USED BY YOU:
- ☐ WEAPON
- ☐ PHYSICAL
- ☐ CHEMICAL
- ☒ NONE

FORCE OBSERVED BY YOU:
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ CHEMICAL
- ☐ NONE

☒ N/A

WEAPON | WARNING | EFFECT | LAUNCHER | EFFECT#
- ☒ MINI 14
- ☒ .38 CAL
- ☒ 9MM
- ☒ SHOTGUN

FORCE:
- ☒ EXPANDABLE BATON
- ☒ PHYSICAL FORCE
- ☒ X10

- ☒ 37MM
- ☒ L8
- ☒ 40MM
- ☒ 40 MM MULTI
- ☒ HFWRS

CHEMICAL/ TYPE:
- ☒ N/A
- ☐ OC
- ☐ CN
- ☐ CS
- ☐ OTHER

| EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD | PPE |
| --- | --- | --- | --- |
| ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☒ Yes ☒ No |

EVIDENCE COLLECTED BY
- ☐ Yes
- ☒ No

| DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
| --- | --- | --- | --- |
| ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A<br>☐ UNKNOWN<br>☐ OTHER | ☐ Yes ☒ No |

REPORTING STAFF INJURED
- ☐ Yes
- ☒ No

NARRATIVE:

On November 28, 2007 at approximately 2025 hrs. while performing my duties as C inside patrol officer I responded to an alarm in C clinic. As I arrived I observed Officer Rodriguez and (A)Lt. Valenzuela trying to handcuff inmate Brady D-46786 C3-139u while inmate Brady was in a prone position in front of the C clinic door. After I'm Brady was placed in handcuffs I was ordered by (A)Lt. J. Valenzuela to escort inmate Brady to yard #2 misters for decontamination. After approx. 15 minutes of cool running water in Brady's face, inmate Brady stated he was O.K. I escorted Brady from misters in yard #2 back into the C clinic holding cell for a medical evaluation (7219). After the medical evaluation was completed by LVN Villalobos I escorted Brady to C program holding cell #1. And started a holding cell log at approx. 2100 hrs. At approx. 2200 hrs. I escorted Brady to Asu C6 for adseg placement.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
| --- | --- | --- | --- | --- |
| | C/O | | | 11/28/07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
| --- | --- | --- | --- | --- |
| | 11/28/07 | ☐ Yes ☐ No | ☐ Yes ☒ No | 11/28/07 |

Exhibit 10

STATE OF CALFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**

CDCR 837-C (REV. 10/06)    Page 1 of 1    INCIDENT LOG NUMBER: CEN-FCP-07-11-0357

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Villalobos | ███ | ███ | 11-28-07 | 2035 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| — | LVN | YR. ___ MO. ___ | 11-28-07 | Fac C Clinic |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| ███ | 0620-1430 | Resisting staff resulting in the use of physical force oc | 3005 c |

**YOUR ROLE**

WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)    INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)

| YOUR ROLE | Witnesses | Inmates |
|---|---|---|
| PRIMARY | CO Rodriguez, Am-S | Brady, D#67786, C3139 |
| RESPONDER | Sgt Valenzuela-S | |
| ☒ WITNESS | | |
| VICTIM | | |
| CAMERA | | |
| SCRIBE | | |

| FORCE USED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | |
|---|---|---|---|---|
| | ☒ N/A | WEAPON | WARNING | EFFECT: | LAUNCHER: | EFFECT#: | CHEMICAL/ TYPE: |
| WEAPON | FORCE: | ☐ MINI 14 | | ☐ 37MM | | ☒ N/A |
| PHYSICAL | ☐ EXPANDABLE BATON | ☐ .38 CAL | | ☐ L8 | | ☐ OC |
| CHEMICAL | ☒ PHYSICAL FORCE | ☐ 9MM | | ☐ 40MM | | ☐ CN |
| NONE | ☐ X10 | ☐ SHOTGUN | | ☐ 40 MM MULTI | | ☐ CS |
| FORCE OBSERVED BY YOU | | | | ☐ HFWRS | | ☐ OTHER |
| WEAPON | | | | | | |
| PHYSICAL | | | | | | |
| CHEMICAL | | | | | | |
| ☒ NONE | | | | | | |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☐ Yes ☒ No | ☐ Yes ☒ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ N/A | ☒ N/A | ☒ N/A ☐ BODILY ☐ UNKNOWN ☐ OTHER ___ | ☐ Yes ☒ No |

**NARRATIVE:**

On 11/28/07 @ approximately 2035, as I was doing my duties as an Licensed Vocational Nurse in Fac C Clinic, Inmate Brady, D#67786, C3139, walked into the clinic and yelled out "That's why we can't come into the clinic because Sgt Valenzuela is with his Lover not" in a very loud voice. Sgt Valenzuela told him to be quiet and not to be disrespectful. Then inmate Brady yelled out, "Fuck you Sgt Valenzuela, you are a fucken bitch and you can't make me be quiet." Sgt Valenzuela advised him once again to be quiet and Inmate Brady continue to be loud and called Sgt Valenzuela a bitch, Inmate Brady stood up and as he was being escorted out of the clinic, I heard Inmate Brady call Sgt Valenzuela a bitch and told him we can settle this the old way by taking it to the back so I can kick your fucken ass, you bitch, you coward. Inmate Brady was being escorted out of the clinic by CO Rodriguez, Am and Sgt Valenzuela and I then hit my alarm, when I saw Brady resisting staff. 7219 completed, no injuries noted.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| ███ | LVN | | ███ | 11-28-07 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Valenzuela Sgt ___ | 11-28-07 | ☒ Yes ☐ No | ☐ Yes ☒ No | 11-28-07 |

Exhibit 11 (B)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/28/07 | 1230am | | 1.) Give Toradol 60mg IM now. |
| | | | 2.) F/u @ TTA in AM. (11-29-07) |
| | | | T.O. Dr. Fraze / N. Salcido, RN |
| | | | Noted 11/28/07 @ 1300 N Salcido, RN |
| 11/29/7 | | | D/c Act= erra |
| | | | Lasix 40 PO q day |
| | | | erra |
| 11/29/07 noted in pharmacy 0940 copy to pharmacy LVN-OT spending clinic WR | | | Add clonidine 0.2 PO q HS until 2/28/08 |
| | | | RFS F- surgery 2° ↑ PTH |
| | | | DK line Mdc= ✓ · m |
| | | | H. DUKE MD CENTINELA STATE PRISON |

ALLERGIES: Keflex    INSTITUTION: Centinela    ROOM/WING: C-6

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC# 046786
BRADY, CHARLES
04-17-56    M

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00 35617    DEPARTMENT OF CORRECTIONS

Exhibit 11 (C)

| DATE | TIME | |
|------|------|---|
| 11/29/07 | 0755 | Pt c/o pain to (R) jaw, chest wall & neck. Pain 10 on 1 to 10 pain scale. 2 Tylenol #3 given per orders. BP 160/108 manual. no c/o dizziness or headache ― ᴸᵗ. |
| 11/29/07 | 1750 | I/P c/o generalized body pain ― specifically to (R) jaw ― rated pain ― #10⁺ ᵗⁱ Tyl #3 given ― as ordered ― |
| 11/30/07 | 1230 | I/P c/o pain to jaw "throbbing pain" 10/10 ᵗⁱ two T #3 adm as ordered VS 20, 86, 150/90 I/P tolerated well, will cont to monitor ― |
| 11/30/07 | 1700 | I/P c/o throbbing pain to (R) jaw ― rated pain #10. Medicated c̄ ᵗⁱ Tyl #3 tabs ― |
| 12/1/07 | 0700 | I/M c/o (R) jaw & chest wall pain rated #10/10. BP 156/92 P80 R20. Tyl #3 x ᵗⁱ PO given. Tol well. ― |
| 12/1/07 | 4pm | I/m c/o pain 8/10 Medicated c̄ Tylenol #3 ᵗⁱ tabs as ordered Tolerated Well. Will cont to monitor ― J Alvarez |
| 12/2/07 | 0640 | Inmate c/o pain to jaw states pain level c̄ 8/10 Administered ᵗⁱ Tyl #3 As ordered for pain tolerated well cont to monitor ― E Lui |
| 12/2/07 | 4pm | I/m c/o pain 8/10 Medicated c̄ ᵗⁱ tab Tylenol #3 as ordered. Tolerated ― J Alvarez |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------|
| Cent | C6-111 | Brady  Charles<br>D46786<br>C6-111<br>#5 |

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

Exhibit 11.(D)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/03/07 | 13:00 | | ① Toradol 60 mg IM-T now |
| | | | ② Ibuprofen 800 mg po tid scheduled w/ food (not prn) × 10 days |
| | | | ③ Robaxin 750 mg po tid × 2 week |
| | | | ④ Gentle ROM neck stretches tid × 10 days. |
| | | | ⑤ Medline tomorrow to discuss his chronic back issues. Wants chrono for back brace |
| | | | ⑥ Chrono for waist wrist restraints (see chrono) × 6 months. |
| | | | ⑦ Wall walk shoulder stretches tid × 1 month. |
| | | | SW KOWD |
| | Noted 12/3/07 | | |

**ALLERGIES** Keflex    **INSTITUTION** Centinela    **ROOM/WING** C6

CDC NUMBER, NAME (LAST, FIRST, MI)

D46786
Brady, Charles
04/17/56

Confidential
client information
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 00  35617          DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/2/07 | 1315 | | IIP needs to be brought before IDTT for likely placement in the MHCDS. AXIS I 296.6 (Bipolar I D/O Mixed) GAF 51. See 7230 this date - |
| | | | *[signature]* ALVIN CHANDER II, PhD CLINICAL PSYCHOLOGIST |
| 12/3/07 | 0715 | | noted by /s/ *[signature]* |
| 12/7/07 | 1300 | | 128 C - Chrono |
| | | | Inmate reports that he is having "homicidal thoughts." He says he is angry at officers that injured him and he is not sure he will be able to control himself if sent to same yard where officers injured him. |
| | | | *[signature]* DR. Y. ARMENTA SENIOR PSYCHOLOGIST CENTINELA SP |
| | | | Noted by S. Cook PT   12/7/07 @ 1310 |

ALLERGIES:

INSTITUTION: Centinela SP

ROOM/WING:

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Brady, Charles

D46786   4/17/56

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00) ·
STATE OF CALIFORNIA   OSP 00 35617   DEPARTMENT OF CORRECTIONS

Exhibit 11(F)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/4/07 | 7PM | | ① Call CASTRO RN, Hosp per by Tu med. Endocrinology RN Hyperparathyroidism — need Report or materials WRITEN |
| | | | ② Reschedule Biopsy of (L) Breast — it was cancelled |
| | | | ③ Anusol Rectal Cream — apply for Rectal pain |
| | | | ④ Re x-ray | C-Spine, L-R/shoulders, JAW |
| | | | Noted 12/4/07 @ 1300 Dant Lehm's ... 1500 ... C. Marie RN |

ALLERGIES: Keflex    INSTITUTION: Cen    ROOM/WING:

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC# D4b78b

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00 35617      DEPARTMENT OF CORRECTIONS

Exhibit 12

COPY OF RVR AND CDC-804 SENT TO RECORDS ON: 12-07-07 BY: 90 K. SALAS

STATE OF CALIFORNIA

DEPARTMENT OR CORRECTION

Exhibit 12

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| D-46786 | BRADY | | | CENTINELA | C3-139U | FC-07-11-0 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | | LOCATION | DATE | TIME |
|---|---|---|---|---|---|
| CCR §3005(b) | RESISTING AND/OR OBSTRUCTING A PEACE OFFICER | | FC MED. CLINIC | 11/28/07 | 2025 HOURS |

CIRCUMSTANCES

On 11/28/07, at approximately 2025 hours, I was in the Facility C Medical Clini supervising the escort of inmate into the clinic for medication issuance. Officer A. Rodrigue was escorting Inmate BRADY (D-46786, C3-139U), into the clinic. BRADY saw me in the clinic an stated in a loud boisterous manner, "That's why we can't come inside the clinic, the fucke Sergeant is with his love nest." I instructed BRADY to be quiet and not to be disrespectful BRADY then stated, "Fuck you Sergeant Valenzuela, you fucken bitch. You can't make me be quiet. I ordered BRADY to be quiet or I will have him escorted out of the clinic. BRADY continued t be loud and disrespectful. Officer A. Rodriguez ordered BRADY to stand up and walk out of th clinic. BRADY stood up but refuse to walk out stating, "You are a bitch and a coward, we ca settle this the old school way. I'll take you to the back and kick your ass." I took hold o BRADY'S left arm and Officer Rodriguez took hold of his right arm. I ordered BRADY to walk, h then started walking out of the clinic. As we escorted BRADY out of the clinic, he resisted b
(Continued on CDC-115, Part C)

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ J. Valenzuela, Sergeant | 12-3-07 | Facility "C" Sergeant | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ F. Lopez, Sergeant | 12/3/07 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | | | ☐ HO ☒ SHO ☐ SC ☐ F |
| ☒ SERIOUS | | 12-4-07 | ▶ A. Hernandez, Facility "C" Captain | |

| COPIES GIVEN INMATE BEFORE HEARING | | | | |
|---|---|---|---|---|
| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE 12-07-07 | TIME 1755 | TITLE OF SUPPLEMENT |
| ☐ INCIDENT REPORT LOG NUMBER: CEN-FCP-07-11-0357 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ DATE TIME |

HEARING

REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE ▶ | DATE | TIME |
|---|---|---|---|---|

| REVIEWED BY: (SIGNATURE) ▶ | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | DATE | |
|---|---|---|---|---|

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |
|---|---|---|---|---|

CDC 115 (7/88)

Exhibit 13

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Charles Brady | A-46786 | N/A | A-4-144 |

A. Describe Problem: I Brady-A-46786 is witeing this 602 to see A doctor who SPECiALisd iN NECKs, because on 11-28-08 the use of force, right Now to day 2-28-08 I stil have Pain with my Neck

If you need more space, attach one additional sheet.

B. Action Requested: To See A doctor who SPECiALisd with Neck

Inmate/Parolee Signature: Charles Brady          Date Submitted: 2-28-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Exhibit 13(A)

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region _____    Log No. _____    Category _____

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Charles Brady | NUMBER D-46786 | ASSIGNMENT E.O.P. | UNIT/ROOM NUMBER D-1-108 |

A. Describe Problem: I Brady have sent in #4.602 about seeing a doctor, specialist for my neck from some kicking byCO. from 11-28-07 I sent #2.602 on 2-28-08 and one 602 on 3-3-08 and a few days Ago trying to get A Log No. So I am sending this Appeal to the coordinator it's the same #2.602 I sent from "A.4.144"

If you need more space, attach one additional sheet.

B. Action Requested: To have my this 602 go to the Nexed level. and Also get A Log No.

Inmate/Parolee Signature: _Charles Brady_    Date Submitted: 3-20-08

MAR 2 5 2008

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

APR 0 2 2008

Exhibit 14

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*April 4, 2008*

**BRADY, D46786**
*FAB400000000144L*

Log Number: LAC-D-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

***YOU HAVE SUBMITTED A DUPLICATE APPEAL ON THE SAME ISSUE.***

J. Curiel
Appeals Coordinator
Correctional Counselor II
CSP - Los Angeles County

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT -- DO NOT REMOVE**