UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. BRADY,<br><br>            Plaintiff,<br>v.<br><br>J. VALENZUELA, et. al.,<br><br>           Defendants. | Civil No. 08cv0973 JAH (BLM)<br><br>**ORDER DISMISSING COMPLAINT FOR WANT OF PROSECUTION**<br><br>[Fed.R.Civ.P. 4(m); CivLR 41.1] |

On June 16, 2010, this Court issued an order directing plaintiff to file a brief with the Court, not later than July 16, 2010, showing cause why this action should not be dismissed for want of prosecution based on plaintiff's failure to affect service upon defendants within 120 days of the filing of the complaint as required under Rule 4(m) of the Federal Rules of Civil Procedure and on plaintiff's failure to take any action in this case for more than six months as required by Civil Local Rule 41.1. *See* Doc. # 23. To date, no brief has been filed nor has any other action been taken to further prosecute this case. Accordingly, IT IS HEREBY ORDERED that this case is **DISMISSED without prejudice** for want of prosecution. The Clerk of Court shall terminate this case.

Dated: October 25, 2010

JOHN A. HOUSTON
United States District Judge

08cv0973